**CERTIFICATE OF SERVICE**

I, Debbie L. Goldberg, certify that I have delivered plaintiff's Response to defendants' Motion to Dismiss, and Memorandum of Law in support thereof, to the following counsel by **first-class mail** on this date:

>Gino J. Benedetti, Esquire
>Jennifer A. Parda, Esquire
>Miller, Alfano & Raspanti, P.C.
>1818 Market Street
>Suite 3402
>Philadelphia, PA 19103

>_____
>DEBBIE L. GOLDBERG

Dated: August 26, 2002

F:\Watkins\Pleadings\cos.aug26.wpd