IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HENRY WATKINS | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : NO. 02-CV-2881 |
| | : |
| PENNSYLVANIA BOARD OF PROBATION | : |
| & PAROLE, EDWARD JONES, AND | : |
| MICHAEL BUKATA | : |
| | : |
| Defendants. | : |

**O R D E R**

AND NOW, this _____ day of _____, 2002 upon consideration of Defendants' Motion to Dismiss Plaintiff's Amended Complaint and Plaintiff's Response thereto,

It is hereby ORDERED that Defendants' Motion to Dismiss is DENIED in its entirety.

_____
J.

F:\Watkins\Pleadings\Order.mtd3