## CERTIFICATE OF SERVICE

I, Robert J. Sugarman, certify that I have delivered a copy of Plaintiff s Sur-Reply to Defendants  Reply Memorandum of Law in Further Support of their Motion to Dismiss to the following counsel by **first-class mail** on this date:

> Gino J. Benedetti, Esquire
> Jennifer A. Parda, Esquire
> Miller, Alfano & Raspanti, P.C.
> 1818 Market Street
> Suite 3402
> Philadelphia, PA 19103

_____
ROBERT J. SUGARMAN

Dated: September 16, 2002

F:\Watkins\Pleadings\cos.sep13.wpd