<u>PRETRIAL REPORT AND ORDER</u>

DATE PRETRIAL HELD: September 26, 2002     NO. 02-2881

CASE CAPTION:  WATKINS V. PA. BOARD OF PROBATION, ET AL.

1. TRIAL COUNSEL              FOR PLAINTIFF:  R. SUGARMAN

                              FOR DEFENDANT:  G. BENEDITTI

                              FOR DEFENDANT:  J. PARDA

2. STATUS OF CASE:   PLAINTIFF DEMANDS IN EXCESS OF $1 MILLION. DISMISSED WITHOUT PREJUDICE.  MOTION TO DISMISS WILL BE DECIDED WITHIN 30 DAYS.  DEFENDANTS MAY FILE SUMMARY JUDGMENT MOTION.  EXPERT DISCOVERY WILL BE DEFERRED UNTIL DISPOSITIVE MOTION IS DECIDED.

3. TRIAL DATE:

4. JURY/NONJURY:

5. PRETRIAL MEMORANDA AND POINTS FOR CHARGE OR PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW:

        PLAINTIFF   :
        DEFENDANT(S):

NOTE:   ALL DOCUMENTS, PHOTOS, ETC. ARE TO BE MARKED BEFORE TRIAL
        AND A COPY GIVEN TO OPPONENT(S), OR OPPONENT(S) BE ALLOWED
        TO COPY THEM.

POINTS FOR CHARGE ARE TO BE SUBMITTED IN DUPLICATE - EACH POINT ON A SEPARATE PAGE.

Copy forwarded to counsel listed above.

                              SO ORDERED:


                              _____
                              CHARLES R. WEINER