**CERTIFICATE OF SERVICE**

    I, Heather R. Brinton, certify that I delivered Counsel's Answer to defendants' Motion for Fees and Costs, and Memorandum of Law in support thereof, to the following counsel by **hand delivery** on this date:

> Gino J. Benedetti, Esquire
> Jennifer A. Parda, Esquire
> Miller, Alfano & Raspanti, P.C.
> 1818 Market Street
> Suite 3402
> Philadelphia, PA 19103

                                              _____
                                              HEATHER R. BRINTON

Dated: April 4, 2003

F:\Watkins\Pleadings\cos.apr1.wpd