```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
_____
HENRY WATKINS                      :
                                   :
           Plaintiff,              :
                                   :
      v.                           :    NO. 02-CV-2881
                                   :
PENNSYLVANIA BOARD OF PROBATION    :
& PAROLE, EDWARD JONES, AND        :
MICHAEL BUKATA                     :
                                   :
           Defendants.             :
_____
```

**PRAECIPE TO SEAL EXHIBIT B TO PLAINTIFF S RESPONSE TO DEFENDANTS MOTION FOR FEES AND COSTS**

To the Clerk:

    Kindly seal Exhibit  B  (Settlement Agreement and Release) to plaintiff s Response to defendants  Motion for Fees and Costs, which was filed on April 4, 2003.

                                              _____
                                              ROBERT J. SUGARMAN
                                              DEBBIE L. GOLDBERG
                                              Counsel for Plaintiff

OF COUNSEL:

SUGARMAN & ASSOCIATES, PC
11th Floor, Robert Morris Building
100 North 17th Street
Philadelphia, PA 19103
215-864-2500

Dated: April 16, 2003