## **CERTIFICATE OF SERVICE**

I, Debbie L. Goldberg, certify that I delivered Plaintiff's Reply to Defendants' Counterclaim With Affirmative Defenses to the following counsel by **first-class mail** on this date:

>Gino J. Benedetti, Esquire
>Jennifer A. Parda, Esquire
>Miller, Alfano & Raspanti, P.C.
>1818 Market Street
>Suite 3402
>Philadelphia, PA 19103


>_____
>DEBBIE L. GOLDBERG

Dated: May 13, 2003

F:\Watkins\Pleadings\cos.may13.wpd