IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HENRY WATKINS | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : NO. 02-CV-2881 |
| | : |
| PENNSYLVANIA BOARD OF PROBATION & PAROLE, EDWARD JONES, AND MICHAEL BUKATA | : |
| | : |
| Defendants. | : |

**PRAECIPE TO WITHDRAW ENTRY OF APPEARANCE**

To the Clerk:

    Kindly withdraw my appearance as counsel for Henry Watkins in the above-captioned matter.

                                              DEBBIE L. GOLDBERG
                                              Co-Counsel for Plaintiff

Dated: April 19, 2004

F:\Watkins\Pleadings\Withdrawal