```
              IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| HENRY WATKINS, | : |
| | :    NO. 02-CV-2881 |
|     Plaintiff, | : |
| v. | : |
| PENNSYLVANIA BOARD OF | : |
| PROBATION & PAROLE, | : |
| EDWARD JONES, and MICHAEL BUKATA | : |
|     Defendants. | : |

**<u>WITHDRAWAL OF APPEARANCE</u>**

TO THE CLERK:

    Kindly withdraw the appearance of Jennifer A. Parda, Esquire, of the law firm of Miller, Alfano & Raspanti, P.C., on behalf of Defendants, Pennsylvania Board of Probation & Parole, Willie E. Jones (improperly pled as Edward Jones) and Michael Bukata.

        Respectfully submitted,

        MILLER, ALFANO & RASPANTI, P.C.

    By: _____
        GINO J. BENEDETTI, ESQUIRE
        Attorney I.D. Nos. 59584
        ECF# GJB20
        1818 Market Street, Suite 3402
        Philadelphia, PA 19103
        (215) 972-6400

        Attorneys for Defendants,
        Pennsylvania Board of Probation
        and Parole, Edward Jones,
        and Michael Bukata

Dated: July 28, 2005

**CERTIFICATE OF SERVICE**

_____I hereby certify that a true and correct copy of the foregoing Withdrawal of Appearance on behalf of Defendant Pennsylvania Board of Probation and Parole, Edward Jones, and Michael Bukata has been served on this date upon the individual and in the manner indicated below:

**VIA HAND DELIVERY**

_____   Robert J. Sugarman, Esquire
Sugarman & Associates, PC
Robert Morris Building
100 N. 17th Street, 11th floor
Philadelphia, PA 19103-2737

Attorneys for Plaintiff,

Henry Watkins

By: _____
GINO J. BENEDETTI, ESQUIRE
Attorney I.D. Nos. 59584
ECF# GJB20
1818 Market Street, Suite 3402
Philadelphia, PA 19103
(215) 972-6400

Attorneys for Defendants,
Pennsylvania Board of Probation
and Parole, Edward Jones,
and Michael Bukata

Dated: July 28, 2005

F:\PBL\GJB\PA.Bd.Of Prob.Watkins\Withdrawl.Parda.wpd