```
         IN THE UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| HENRY WATKINS, : | |
| : | NO.  02-CV-2881 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| PENNSYLVANIA BOARD OF : | |
| PROBATION & PAROLE, : | |
| EDWARD JONES, and MICHAEL BUKATA : | |
| : | |
| Defendants. : | |
| : | |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of Lisa R. Marone, Esquire, of the law firm of Miller, Alfano & Raspanti, P.C., as co-counsel, on behalf of Defendants, Pennsylvania Board of Probation & Parole, Willie E. Jones (improperly pled as Edward Jones) and Michael Bukata.

                         MILLER, ALFANO & RASPANTI, P.C.


                         _____
                         LISA R. MARONE, ESQUIRE
                         Attorney I.D. No. 200305
                         1818 Market Street, Suite 3402
                         Philadelphia, PA 19103
                         (215) 972-6400

                         Attorney for Defendants, Pennsylvania
                         Board of Probation & Parole,
                         Willie E. Jones and Michael Bukata

Dated: October 24, 2005

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Entry of Appearance on behalf of Defendants, Pennsylvania Board of Probation & Parole, Willie E. Jones and Michael Bukata has been served on this date on the individual and in the manner listed below:

**VIA HAND DELIVERY**

Robert J. Sugarman, Esquire
Sugarman & Associates
11th Floor, Robert Morris Building
100 North 17th Street
Philadelphia, PA 19103

Attorney for Plaintiff

BY: _____
LISA R. MARONE, ESQUIRE
Miller, Alfano & Raspanti, P.C.
1818 Market Street - Suite 3402
Philadelphia, PA 19103

Dated: October 24, 2005
F:\PBL\LRM\Pa Parole Bd. Watkins\eoplrm.wpd