IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| HENRY WATKINS, : | |
| : | NO. 02-CV-2881 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| PENNSYLVANIA BOARD OF : | |
| PROBATION & PAROLE, : | |
| EDWARD JONES, and MICHAEL BUKATA : | |
| : | |
| Defendants. : | |

**ORDER**

THIS MATTER having coming before the Court on the Motion of Defendants to Compel Discovery and/or Strike Pleadings, and the Court having considered the parties' submission(s); and for good cause shown;

IT IS this _____ day of November, 2005 hereby ORDERED:

1. Plaintiff's Pleadings are hereby stricken.

2. Plaintiff shall pay $560.00 to Miller, Alfano & Raspanti within _____ days of the date of this Order as reimbursement for the expense associated with the filing of the instant Motion.

J.

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HENRY WATKINS, : | |
| : | NO.  02-CV-2881 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| PENNSYLVANIA BOARD OF : | |
| PROBATION & PAROLE, : | |
| EDWARD JONES, and MICHAEL BUKATA : | |
| : | |
| Defendants. : | |

**ORDER**

THIS MATTER having coming before the Court on the Motion of Defendants to Compel Discovery and/or Strike Pleadings, and the Court having considered the parties' submission(s); and for good cause shown;

IT IS this \_\_\_\_\_ day of November, 2005, hereby ORDERED:

1. Plaintiff shall provide addresses, telephone numbers and subjects of information relating to individuals named in Plaintiff's Self-Executing Disclosures within \_\_\_\_\_ days of the date of this Order;

2. Plaintiff shall identify all documents that Plaintiff is aware of, or intends to rely on, that have not already been produced in this case within \_\_\_\_\_ days of the date of this Order;

3. Plaintiff shall provide Defendant with available dates for depositions of witnesses within _____ days of the date of this Order;

    4.    Plaintiff shall withdraw his objection to Defendants' Third Set of Requests for Admissions, number 4, and shall either admit or deny the request within _____ days of the date of this Order;

    5.    Plaintiff shall provide a fully responsive answer to Interrogatory number 1, which states, "For each request made by Defendants in their First Set of Requests for Admissions that you did not unequivocally admit, describe all facts and identify all documents that support your denial" within _____ days of the date of this Order;

    6.    Plaintiff shall provide fully responsive answers to Defendants' Third Set of Interrogatories within ____ days of the date of Order;

    7.    Plaintiff shall pay $560.00 to Miller, Alfano & Raspanti within _____ days of the date of this Order as reimbursement for the expense associated with the filing of the instant Motion.

                                                      J.

```
F:\PBL\LRM\Pa Parole Bd. Watkins\order.pld.wpd
```