IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRY WATKINS | : | |
| | : | |
| V. | : | C.A. NO. 02-2881 |
| | : | |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE | : | |

WEINER, J.                                                                November 9, 2005

## **ORDER**

The motion of defendant to compel discovery (#43) is held in abeyance. Plaintiff's time to respond to the motion is extended indefinitely due to counsel's illness.

IT IS SO ORDERED.

_____