IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRY WATKINS | : | CIVIL ACTION |
| | : | NO.  02-2881 |
| VS. | : | |
| PENNSYLVANIA BOARD OF PROBATION & PAROLE, et al | : | |

### ORDER

AND NOW, this 12th day of DECEMBER, 2005, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the late Honorable Charles R. Weiner to the calendar of the Honorable John P. Fullam.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

s/ Michael E. Kunz
MICHAEL E. KUNZ
Clerk of Court