IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HENRY WATKINS : CIVIL ACTION

v. :
　　　　　　　　　　　　　　　　　　　NO. 02-2881
PENNSYLVANIA BOARD OF
PROBATION & PAROLE, ET AL.

### O R D E R

AND NOW, this 13th day of December, 2005 it is **ORDERED** that counsel shall file a status report of the case within ten days from the date of this order.

ATTEST:　　　　　　　　　　　　　　or　　BY THE COURT

BY:_____
　　Rosalind Burton-Hoop
　　Courtroom Deputy　　　　　　　　　　　　John P. Fullam, Sr. J.

Civ 12 (9/83)
minuteo