IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WATKINS                              :        CIVIL ACTION
                                     :
         vs.                         :
                                     :        NO. 02-2881
PA BOARD OF PROB, et al

<u>O R D E R</u>

**AND NOW, TO WIT:** This      day of December, 2005,

**IT IS ORDERED** that the order filed February 20, 2002 (Paper # 24) is vacated and that the referenced action is returned to open status.

**BY:**_____