IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HENRY WATKINS | : |
| Plaintiff, | : |
| v. | : NO. 02-CV-2881 |
| PENNSYLVANIA BOARD OF PROBATION & PAROLE, EDWARD JONES, AND MICHAEL BUKATA | : |
| Defendants. | : |

## PLAINTIFF'S STATUS REPORT

Plaintiff, Henry Watkins, by his attorney, pursuant to the Court's December 13, 2003 Order respectfully submit this Status Report.

Other than as stated by defendants, discovery is substantially complete. The outstanding discovery matter has been answered by plaintiff. Defendants have moved for sanctions. Plaintiff has been delayed by making any further response by illness, trial schedule and a retirement.

There is no discovery deadline or due dates at this time.

There is no case management order.

Plaintiff anticipates going to trial.

Respectfully submitted,

_____
ROBERT J. SUGARMAN
Attorney for Plaintiff

Dated: December 22, 2005

F:\Watkins\Pleadings\Plaintiff status report 12-22-05.wpd

## CERTIFICATE OF SERVICE

I, Robert J. Sugarman, certify that I have served a copy of the foregoing Plaintiff's Status Report by first class mail, postage prepaid, on this date to the following:

>Gino J. Benedetti, Esquire
>Miller, Alfano & Raspanti, P.C.
>1818 Market Street - Suite 3402
>Philadelphia, PA 19103


_____
ROBERT J. SUGARMAN

DATED: December 22, 2005

F:\Watkins\Pleadings\Plaintiff status report 12-22-05.wpd