IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | | Date of Notice: |
| HENRY WATKINS | : | March 30, 2006 |
| vs. | : | |
| PENNSYLVANIA BOARD OF PROBATION & PAROLE EDWARD JONES MICHAEL BUKATA | : | CIVIL ACTION NO. 02-2881 |

TAKE NOTICE that the above-captioned matter is scheduled for ___JURY TRIAL___ in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Honorable John P. Fullam, on September 5, 2006, at 10:00 A.M., in Courtroom No. 15-A.

If trial counsel is on trial or otherwise engaged at the time of the scheduled trial, another attorney in such trial counsel's office should appear.

THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.

Very truly yours,

_____

Rosalind Burton-Hoop
Deputy Clerk to Judge Fullam


COPIES BY MAIL ON ___3/30/06___ TO: Robert J. Sugarman, Esquire
                                    Gino J. Benedetti, Esquire
                                    Lisa Marone, Esquire