IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRY WATKINS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION & PAROLE, *et al.* | : | NO. 02-2881 |

## ORDER

AND NOW, this 30th day of May 2006, upon consideration of Defendants' Motion to Compel Responses to Discovery, or in the Alternative to Strike Plaintiff's Pleadings and Dismiss Action and for Attorney's Fees and Costs Pursuant to Fed. R. C. P. 37,

IT IS hereby ORDERED that the Motion is DENIED WITHOUT PREJUDICE. Defendants may file a motion to compel if discovery disputes remain unresolved.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,   Sr. J.