DOCUMENT
FILED
UNDER SEAL
02-2881

(DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY BRIEF TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S SUMMARY JUDGMENT MOTION WITH ORIGINAL REPLY BRIEF ATTACHED)