IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRY WATKINS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION & PAROLE, *et al.* | : | NO. 02-2881 |

ORDER

AND NOW, this 16th day of August 2006, it is hereby ORDERED that:

1. Defendants' Motion for Summary Judgment is DENIED. There are material factual disputes with regard to the Settlement Agreement.

2. Plaintiff's Motion for Leave to Amend the Complaint is GRANTED. The Second Amended Complaint attached to the Motion is DEEMED FILED.

3. Defendants' Cross-Motion to Dismiss Count I of Plaintiff's Amended Complaint is DENIED.

4. Plaintiff's Motion for Leave to Supplement Plaintiff's Memorandum in Opposition to Defendants' Summary Judgment Motion is GRANTED. The Supplemental Memorandum attached to the Motion is DEEMED FILED.

5. Defendants' Motion for Leave to File a Reply Brief to Plaintiff's Opposition to Defendants' Cross-Motion to Dismiss Count I of Plaintiff's Amended Complaint is GRANTED. The Reply Brief attached to the Motion is DEEMED FILED.

6. Defendants' Cross-Motion for Leave to File a Reply to Plaintiff's Supplement to Plaintiff's Memorandum in Opposition to Defendants' Summary Judgment Motion is GRANTED. The Reply Brief attached to the Motion is DEEMED FILED.

7. Trial shall proceed as scheduled on September 5, 2006.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,    Sr. J.