IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HENRY WATKINS, : | |
| : | NO.  02-CV-2881 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| PENNSYLVANIA BOARD OF : | |
| PROBATION & PAROLE, : | |
| EDWARD JONES, and MICHAEL BUKATA : | |
| : | |
| Defendants. : | |
| : | |

## DEFENDANTS' PRETRIAL MEMORANDUM

Defendants, Pennsylvania Board of Probation and Parole ("the Board"), Willie E. Jones ("Mr. Jones") (improperly pled as Edward Jones), and Michael Bukata ("Mr. Bukata"), by their attorneys, Miller, Alfano & Raspanti, P.C., respectfully submit this Pretrial Memorandum.

## I.   JURISDICTION

Defendants concede that this Court has federal question jurisdiction over Plaintiff's 42 U.S.C. § 2000e ("Title VII"), 42 U.S.C. § 1981 ("Section 1981"), and 42 U.S.C. § 1983 ("Section 1983") discrimination claims under 28 U.S.C. § 1331.  This Court has supplemental jurisdiction over Plaintiff's state law conspiracy claim pursuant to 28 U.S.C. § 1367.

II.  **NATURE OF THE CASE**

Plaintiff Henry Watkins' second amended complaint asserts the

following claims:[1]

| Count | Claim | Defendants |
|-------|-------|-----------|
| I | Discrimination concerning alleged contractual relationship under 42 U.S.C. § 1981 ("Section 1981") and 42 U.S.C. § 1983 ("Section 1983") | The Board<br>Mr. Jones *(official/individual)*<br>Mr. Bukata *(official/individual)* |
| IV | Conspiracy to discriminate on the basis of race | The Board<br>Mr. Jones *(official/individual)*<br>Mr. Bukata *(official/individual)* |
| V | Hostile Work Environment under 42 U.S.C. § 2000(e) ("Title VII") | The Board<br>Mr. Jones *(official)*<br>Mr. Bukata *(official)* |
| VI | Retaliation under Title VII | The Board<br>Mr. Jones *(official)*<br>Mr. Bukata *(official)* |

Mr. Watkins alleges that the defendants discriminated against

him because of his race, African American, and retaliated against

him because of race discrimination claims he made in a 1993

lawsuit.[2]  As evidence of discrimination Mr. Watkins alleges that:

---

[1]     Count II and III of Mr. Watkins' complaint alleged intentional and negligent infliction of emotional distress.  Both of these claims were dismissed.

[2]     In 1993, Mr. Watkins and others, who collectively referred to themselves as the Sentinels for Justice, sued the Board and several of its individual employees (not defendants here) in this Court (the "Sentinel Case").  At the time the Sentinel Case was filed, Plaintiff held the position of Parole Agent II.  The parties settled the Sentinel case in 1995 pursuant to a

- His performance evaluations were "satisfactory or better" prior to 1995;

- From 1999-2001, when Mr. Bukata was his supervisor, he received unfair performance evaluations;

- The defendants only included negative comments on his performance evaluations;

- Mr. Bukata did not meet with him to discuss his performance evaluations;

- Mr. Bukata did not give one on one supervision to him, but did give one on one supervision to Donna Henry and Stuart Greenberg;

- There was no opportunity to correct any job deficiencies because he only learned of performance deficiencies when he received performance evaluations;

- Mr. Bukata never addressed his performance issues informally;

- Mr. Jones would not meet with Mr. Watkins, but he did meet with white employees;

- When he did meet with Mr. Jones and Mr. Bukata in November of 2000, he was not able to express his concerns;

- When he filed a grievance in December of 2000, Thomas Marshall, the Board's former Labor Relations Coordinator, would not listen to his concerns;

- He was assigned more cases than other supervisors;

- He complained to Mr. Bukata that he was assigned more cases because of his race, African American;

- Mr. Bukata retaliated against him by denying him clerical staff, which forced him to do his own clerical work;

- Donna Henry and Stuart Greenberg were not denied clerical staff;

---

confidential Settlement Agreement.

- Although Mr. Bukata offered him the use of his (Mr. Bukata's) secretary, the offer was a "sham" because she was too busy, would not assist him and was not located near him;

- A practice and pattern of discrimination is evidenced by "numerous settlements of suits".

Defendants allege that there is no merit to the above allegations and assert that the treatment of Mr. Watkins during his employment was fair and equitable. Moreover, Mr. Watkins suffered no adverse employment action as a result of his race or in retaliation for protected activity.

## III. **DEFENDANTS' COUNTER-STATEMENT OF FACTS**

The Pennsylvania Board of Probation and Parole ("the Board") is an independent agency of the Commonwealth of Pennsylvania. It has the statutory authority to parole and reparole and commit and recommit for violations of parole, offenders sentenced to a maximum of two or more years.

Defendant, Willie Ed Jones is employed by the Board as a District Director, for the Board's Philadelphia district. He has held that position since April of 1997. Mr. Jones never directly supervised Mr. Watkins.

Defendant, Michael Bukata was employed by the Board as a Deputy District Director.[3] Mr. Bukata was responsible for reviewing cases to issue warrants, issuing release orders and

---

[3]    Mr. Bukata retired from the Board in January of 2004.

4

subpoenas, and essentially, ensuring that supervisors did their jobs properly. Beginning in July 1999, Mr. Bukata became Mr. Watkins' direct supervisor.

Mr. Watkins began his employment with the Board as a Parole Agent in October 1973. In 1993, Mr. Watkins sued the Board and various Board employees for race discrimination. Mr. Watkins did not sue Mr. Jones or Mr. Bukata in the 1993 Lawsuit and he did not make any allegations about them. In 1995, Mr. Watkins and the Board settled the 1993 Lawsuit without any admission of liability by the Board. The Board promoted Mr. Watkins to the position of Parole Supervisor in 1998 pursuant to the confidential settlement agreement.

The Board has a detailed disciplinary procedure that outlines the process that must be followed before an employee may be disciplined for failure to comply with Board policies or procedures. Under the Board's Procedure, if a supervisor believes that an employee has violated a Work Rule, Board Policy, the Board's Code of Conduct, or a Commonwealth-wide policy, the supervisor is required to contact the Labor Relations Coordinator or the Director of the Personnel Division regarding how to proceed.

The Labor Relations Coordinator or the Director of the Personnel Division then advises whether a Pre-disciplinary Conference ("PDC") should occur. If a PDC is to occur, the employee is notified in writing of the date of the PDC and the

reason(s) for it.  By definition, and in practice, a PDC is <u>not</u> a disciplinary action.   The PDC is then conducted, giving the employee an opportunity to respond to the alleged work violation with a union representative present.

After a PDC is completed a report is prepared and sent to the office of the Director of Personnel for her review, and review by the Labor Relations Coordinator.  After review, the Labor Relations Coordinator makes a recommendation to the Director of the Personnel Office, who then provides her own independent determination of whether there was a violation.  She also provides a recommendation of the appropriate level of discipline if there was a violation. Discipline may include a written reprimand, suspension or termination.

The Director of the Personnel Division then forwards her recommendation to the Director, Bureau of Human Resources, and the Director, Office of Probation and Parole Services, who either approve or disapprove her recommendation and return it to her. Only after all these steps are accomplished does the Director of the Personnel Division instruct the Labor Relations Coordinator to compose a discipline letter for the Regional Director's signature. Therefore, an immediate supervisor cannot impose discipline.

During the period relevant to this case, Gary Scicchitano (caucasian) served as the Director, Bureau of Human Resources, James Robinson (caucasian) served as the Director, Office of

Probation and Parole Services, Maria Marcinko (caucasian) served as Director of Personnel and Thomas Marshall (African American) served as Labor Relations Coordinator. In addition, the Board maintained an Equal Employment Opportunity office.

Ms. Ladelle Ingram (African American) was in charge of that office during the times relevant to this case. Mr. Watkins knew of this office and Ms. Ingram and he knew that he could submit any discrimination or retaliation concerns directly to Ms. Ingram.

Further, as a supervisor, Mr. Watkins was a member of a union. As a union member, Mr. Watkins could grieve matters regarding his treatment by the Board. Mr. Watkins did grieve two discipline matters but not on the grounds of his race.

After Mr. Bukata became Mr. Watkins' supervisor in July of 1999. Mr. Watkins was "disciplined"[4] as follows:

| DATE | ACTION | SUBJECT MATTER |
|---|---|---|
| April 18, 2000 | Pre-disciplinary Conference ("PDC")<br><br>Counseling only, no Discipline | Failure to complete Employee Performance Review for Agent Lloyd Knight and failing to requisition safety equipment for Agent Knight. |
| May 31, 2000 | PDC<br><br>Written Reprimand | Failed to properly monitor and execute orders concerning <u>Green</u> case. |
| June 21, 2000 | PDC<br><br>1 Day Suspension | Failed to timely comply with directives and unsatisfactory performance standards. |
| October 5, 2000 | PDC<br>3 Day Suspension | Failed to monitor case of <u>James</u>. |

---

[4]    Discipline may include written reprimand, suspension or termination.

| DATE | ACTION | SUBJECT MATTER |
|------|--------|----------------|
| November 16, 2000 | PDC<br><br>5 Day Suspension<br> Final warning | Failed to forward completed request for leave and failed to follow orders given regarding processing a leave request. |
| July 5, 2001 | PDC<br><br><br><br><br><br><br><br><br>Termination | *Failed to properly monitor case of <u>Pitts</u>;<br><br>*Failed to comply with order to see Mr. Bukata and failed to return a list with "max" expiration dates for cases; and<br><br>*Failed to monitor case to ensure timely hearing and failure to follow instructions. |

A PDC was held on April 18, 2000, as a result of Mr. Watkins' failing to timely submit Agent Knight's performance review, and for failure to obtain the proper equipment for Agent Knight. These are serious infractions in that it impacted on Agent Knight's seniority status and rate of pay. Agent Knight's safety was also placed at risk. Despite the seriousness of Mr. Watkins' actions/inactions, no discipline was imposed.

A PDC was held on May 31, 2000, as a result of Mr. Watkins' failure to properly supervise a parolee, Derrick Green. Specifically, the parolee requested a continuation of his violation hearing in March 1999. The case was transferred into Mr. Watkins' unit in September 1999. The criminal charges were dismissed in November 1999. On February 2, 2000, information was requested from Mr. Watkins. He did not respond. The information was again requested on February 29 and March 21, 2000. Mr. Watkins did not

respond.  On March 22, 2000, Mr. Watkins was directed to complete a 257D form.  On May 9, 2000, information was again requested.  Mr. Watkins did not respond.  On May 18, 2000, information was again requested.  Mr. Watkins did not respond.  When given a chance to explain his actions during the PDC, Mr. Watkins stated he "had just not gotten to it."  Mr. Watkins received a written reprimand as a result of the above incident.

A PDC was held on June 21, 2000, as a result of Mr. Watkins' failure to timely comply with multiple directives from his supervisor.  Mr. Watkins failed to: submit a memorandum memorializing a counseling session with one of his agents; provide a written explanation as to why a parolee report that was so late; provide a written report as to why he failed to respond to requests from an Institutional Supervisor; provide an explanation as to why another parolee report was so late (to which he replied, "no reason").  As a result of the above, Mr. Watkins received a one day suspension.

A PDC was held on October 5, 2000, as a result of Mr. Watkins' failure to properly monitor a parolee.  As a result of his inactions, the Board faced possible civil liability to the parolee because his revocation hearing was not timely held. It was also found that Mr. Watkins was not truthful during the PDC, which is a violation of the Board's code of conduct.  Mr. Watkins admitted during the PDC that he did not have any controls in place to

9

properly monitor court activity.  As a result of the above, Mr. Watkins received a three day suspension.

A PDC was held on November 16, 2000, as a result of Mr. Watkins' failure to process requests for leave from his agents. The incident encompassed a period of nine months, involved six agents, and 298 hours in chargeable time.  Mr. Watkins claimed that he misplaced all fourteen requests, but Mr. Bukata found all fourteen requests on Mr. Watkins' desk, in plain view.  As a result of Mr. Watkins inactions, he received a five day suspension.

A final PDC was held on July 5, 2001, wherein three issues were addressed: 1) Mr. Watkins' failure to properly monitor a case, resulting in an untimely hearing(which was the third such incident in a year); 2) Mr. Watkins' failure to follow instruction to see Mr. Bukata about an outstanding traffic citation; and 3) Mr. Watkins' failure to provide a report as directed.  As a result of these inactions, Mr. Watkins' employment was terminated.

Contrary to Mr. Watkins' assertions, he did not receive "satisfactory or better" performance evaluations prior to 1995.  In fact, his overall rating in 1994 was "needs improvement," and in 1993 he received an "unsatisfactory" rating in five out of seven categories.  In both 1993 and 1994, Mr. Watkins' performance review was completed by his supervisor, Joseph Scott, an African American. Moreover, Mr. Watkins was not denied clerical staff.  To the contrary, Mr. Bukata made his own secretary available to Mr.

10

Watkins.  Mr. Greenberg (caucasian), also did not have a clerical person assigned to his unit.  Therefore, even if Mr. Watkins' claims were true, it is clear that the actions were not racially motivated because caucasian employees experienced the same employment conditions.

Mr. Watkins was repeatedly advised of the deficiencies in his work.  Hundreds of e-mails confirm Mr. Watkins' mistakes, both technical and clerical, as well as documenting Mr. Watkins' inability to complete job duties in a timely manner.

Mr. Bukata, as well as Mr. Watkins' prior supervisors, made hundreds of attempts, orally and in writing, formal and informal, to encourage Mr. Watkins to improve his performance.  Despite the Board's patience, training, and encouragement, Mr. Watkins' ability to perform his job did not improve.  As set forth above, Mr. Watkins' performance was sub-standard, and despite being given every opportunity to improve his work habits, he did not do so. Mr. Watkins was subjected to the progressive discipline used by the Board for all employees.  After many warnings and numerous suspensions, the Board had no choice but to terminate Mr. Watkins' employment.

IV.  **<u>DEFENDANTS' WITNESSES</u>**

Defendants respectfully submit this Witness List, and reserve the right to call one, some or all of the individuals named herein.

11

Defendants also reserve the right to supplement and amend this list.

LIABILITY WITNESSES

1.  Willie E. Jones
    District Director
    PA Board of Probation and Parole
    1400 Spring Garden Street
    Philadelphia, PA 19103

2.  Michael Bukata (retired)
    Pennsylvania Board of Probation & Parole
    1101 South Front Street
    Harrisburg, PA 17104

3.  Thomas Marshall (retired)
    Pennsylvania Board of Probation & Parole
    1101 South Front Street
    Harrisburg, PA 17104

4.  LeDelle Ingram
    Pennsylvania Board of Probation & Parole
    1101 South Front Street
    Harrisburg, PA 17104
    (Retired)
    Former Affirmative Action Officer

5.  Stuart Greenberg
    Pennsylvania Board of Probation & Parole
    1101 S. Front Street
    Harrisburg, PA 17104

6.  Maria Marcinko
    Director of Human Resources
    1101 S. Front Street
    Harrisburg, PA 17104

7.  Geraldine Jackson
    AFSCME District Council 88
    3031 Walton Road
    Building C, Suite 300
    Plymouth Meeting, PA 19462

8.   Ramona Alexander
     Pennsylvania Board of Probation & Parole
     1101 South Front Street
     Harrisburg, PA 17104

9.   Paul Rich
     Pennsylvania Board of Probation & Parole
     1101 South Front Street
     Harrisburg, PA 17104

10.  Kenneth Paul
     Pennsylvania Board of Probation & Parole
     1101 South Front Street
     Harrisburg, PA 17104

11.  Frederick Harris
     Pennsylvania Board of Probation & Parole
     1101 South Front Street
     Harrisburg, PA 17104

12.  Lloyd Knight
     Pennsylvania Board of Probation & Parole
     1101 South Front Street
     Harrisburg, PA 17104

13.  Barbara Kremp
     AFSCME District Council 88
     3031 Walton Road
     Building C, Suite 300
     Plymouth Meeting, PA 19462

14.  Willie Pullins
     Pennsylvania Board of Probation & Parole
     1101 South Front Street
     Harrisburg, PA 17104

17.  Henry Watkins


DAMAGE WITNESSES

1.   Henry Watkins

2.   Maria Marcinko


13

V.    **EXHIBITS**

| EXHIBIT | DATE | DESCRIPTION | BATES |
|---------|------|-------------|-------|
| 1 | 3/1/94 | 1993 Performance Evaluation. | PPB02261-69 |
| 2 | 4/26/95 | 1994 Performance evaluation. | PPB02252-60 |
| 3 | 2/13/96 | Memo from Descano about what training Watkins can get to perform better. | PPB02244-50 |
| 4 | 4/22/97 5/00/97 | 1996 performance review. 12/21/96-6/18/97 Performance Review. | PPB02240-43 PPB02236-39 |
| 5 | 12/30/98 | Performance Review from 12/97 to 12/98. | PPB01199-1202 |
| 6 | 5/26/00 | Employee Performance Review 12/98 - 12/99. | PPB01928-33 |
| 7 | 12/18/00 | Performance review for Watkins from 12/99 to 12/00. | PPB03710; 2218-21 |
| 8 | 7/9/01 | Performance Review 12/00 - 6/01. | PPB00866-83 |
| 9 | 2/9/98 2/22/00 | Job Description for Watkins Job Description for Watkins | PPB03563-66 PPB04262-71 |
| 10 | | Intentionally Left Blank | |
| 11 | 7/02/99 | E-mail from Michelle Hair to Watkins | PPB04154-55 |
| 12 | 11/29/99 | Response to the 11/29 e-mail of Brenda Fleming to Willie Jones. | PPB03535 |
| 13 | 12/15/99 | E-mail from Fleming to Jones. | PPB04065 |
| 14 | 12/02/99 | String e-mail. Re: Phase I Exam for Agent Knight beginning on 9/9/99. | PPB03513 |
| 15 | 12/15/99 | E-mail between Jones and Watkins. | PPB04142 |
| 16 | | Intentionally Left Blank | |
| 17 | 4/14/00 | E-mails regarding evaluations between Jones and Marcinko and Bukata and Barbara Starnes. | PPB01419-20 |
| 18 | 4/14/00 | Memo to Watkins from Bukata re: PDC of 4/18/00 | PPB00628 |
| 19 | 4/14/00 | E-mail from Marcinko to Robinson. | PPB01693 |
| 20 | 4/14/00 | E-mail between Bukata and Watkins dating back to 04/10/00. | PPB03602 |

14

| EXHIBIT | DATE | DESCRIPTION | BATES |
|---------|------|-------------|-------|
| 21 | 4/18/00 | Memo to Costa from Bukata re: recommendation from PDC for Watkins. | PPB00204 |
| 22 | 4/18/00 | Memo to Jones from Bukata outlining what happened at the 4/18/00 PDC. | PPB00205-06 |
| 23 | 4/19/00 | Continuation of string e-mail between Costa and Marcinko regarding Watkins. | PPB01650 |
| 24 | 4/27/00 | Memo from Marshall to Marcinko re: review of PDC documentation for Watkins. | PPB01685 |
| 25 | 4/18/00 | Disciplinary Action Approval/ Disapproval | PPB02429 |
| 26 | 5/12/00 | Memo to Watkins from Bukata re: counseling session. | PPB01689 |
| 27 | 2/29/00 | E-mail from Bukata to Watkins re: FW: Parker, Derrick 5487-U | PPB01681 |
| 28 | 3/22/00 | E-mail to Watkins from Bukata regarding Green. | PPB01673 |
| 29 | 5/18/00 | E-mail from Bukata to Watkins re: Green | PPB01671 |
| 30 | 5/23/00 | E-mail from Rochelle King to Watkins and Bukata. | PPB01670 |
| 31 | 5/23/00 | E-mail between Marshall and Bukata re: PDC. | PPB01657 |
| 32 | 5/24/00 | Notice of PDC to Watkins. | PPB01659 |
| 33 | 5/24/00 | Memo to Watkins from Bukata re: Rescheduling of PDC. | PPB01658 |
| 34 | 5/26/00 | String e-mail where Watkins requested transfer of Derrick Green. | PPB01668 |
| 35 | 6/1/00 | Memo to Marcinko from Bukata re: 5/31/00 PDC. | PPB00597-98 |
| 36 | 6/1/00 | Memo to Maria Marcinko from Bukata. | PPB01656 |
| 37 | 6/1/00 | Memo from Jones to Marcinko re: Watkins Discipline. | PPB02590 |
| 38 | 6/5/00 | Memo from Marshall to Marcinko re: Review of PDC Documentation. | PPB01644 |
| 39 | 6/13/00 | Memo from Marshall to Marcinko. | PPB01643 |
| 40 | 6/21/00 | Letter to Watkins from Costa giving him a written reprimand as a result of a PDC on 5/31/00. | PPB01641-42 |
| 41 | 7/10/00 | Facsimile to Thom Marshall from M. Bukata.  Comments:  Notice of 6/21/00 | PPB02448 |

| EXHIBIT | DATE | DESCRIPTION | BATES |
|---------|------|-------------|-------|
| | | PDC | |
| 42 | 7/10/00 | Memo to Marcinko from Marshall re: Review of PDC Documentation | PPB02449 |
| 43 | 6/15/00 | Memo to Watkins from Bukata re: PDC Notice. | PPB03634 |
| 44 | 6/22/00 | Memo to Willie E. Jones from Bukata re: Recommendations from PDC of 6/21/00 | PPB02075 |
| 45 | 6/22/00 | Memo to Marcinko from Bukata re: Findings from PDC of 6/21/00 | PPB02076-77 |
| 46 | 6/22/00 | Memo to Costa from Jones re: Recommendation for Discipline. | PPB02073-74 |
| 47 | 6/7/00 | String e-mail from Costa to Marshall re: PDC Documentation | PPB00203 |
| 48 | 7/31/00 | Disciplinary Action Approval/ Disapproval | PPB02446 |
| 49 | 8/8/00 | Letter to Watkins from Costa. | PPB02340-41 |
| 50 | 8/11/00 | E-mail from Fickel to Jones and Bukata re Sanford. | PPB01105 |
| 51 | 9/1/00 | Memo dated 9/1/00 from Watkins to Costa re: Victor Sanford NJ Probationer. | PPB03664 |
| 52 | 9/25/00 | String e-mail between Jones, Bukata and Robinson relating to William James. | PPB00550 |
| 53 | 9/25/00 or 9/26/00 | E-mail between Bukata and Watkins re: W. James 495AF/Untimely Revocation Hearing? | PPB03671 |
| 54 | 10/2/00 | Facsimile cover sheet from Bukata to Marcenko. | PPB01601 |
| 55 | 10/2/00 | Memo to Watkins from Bukata re: PDC Notice. | PPB03672 |
| 56 | 10/30/00 | Disciplinary Action Approval/ Disapproval of Watkins. | PPB02578 |
| 57 | 10/6/00 | Memo to Marcinko from Bukata re: PDC Recommendation. | PPB00186 |
| 58 | 10/6/00 | Memo to Marcinko from Bukata re: Findings from 10/5/00 PDC (Watkins) | PPB02587-88 |
| 59 | 10/11/00 | Memo to Costa from Jones re: Disciplinary Action Watkins. | PPB00185 |
| 60 | 10/11/00 | Memo to Costa from Jones re: PDC | PPB00187 |
| 61 | 10/11/00 | E-mail between Bukata and Watkins | PPB01074 |

| EXHIBIT | DATE | DESCRIPTION | BATES |
|---------|------|-------------|-------|
| 62 | 10/16/00 | Memo to Marcinko from Marshall re: PDC Documentation | PPB02451 |
| 63 | 10/18/00 | E-mail from Marcinko to Bukata re: PDC. | PPB02589 |
| 64 | 10/18/00 | Memo to Marcinko from Bukata re: Questions/Answers from 10/5/00 PDC | PPB02579-80 |
| 65 | 10/24/00 | E-mail between Marcino and Scicchitano. | PPB00183-84 |
| 66 | 10/27/00 | Memo to Marcinko from Marshall. | PPB02581 |
| 67 | 10/31/00 | Letter to Watkins from Costa. | PPB02342-43 |
| 68 | Undated | Handwritten notes | PPB01602-05 |
| 69 | 11/7/00 | E-mail between Marshall and Bukata re: Leave slips not submitted. | PPB00480 |
| 70 | 11/7/00 | Marcinko's reply to PPB00480 e-mail | PPB00481 |
| 71 | 11/7/00 | String e-mail between Marshall and Bukata re: leave slips. | PPB00482 |
| 72 | 11/8/00 | String e-mail between Marshall and Bukata re: leave slips. | PPB00484 |
| 73 | 11/9/00 | Memo to Watkins from Bukata regarding PDC Notice. | PPB00499 |
| 74 | 11/9/00 | String e-mail between Bukata and Watkins. Subject: FW: Pardon Board for R Douglass Parole # 0904-s. | PPB01889 |
| 75 | 11/16/00 | Memo to Marcinko from Bukata. | PPB00495-98 |
| 76 | 11/17/00 | Memo to Marcinko from Bukata re: PDC recommendation for Watkins. | PPB01527-28 |
| 77 | 11/21/00 | Memo to Costa from Jones re: Recommendation for Discipline (Watkins) | PPB00200 |
| 78 | 11/21/00 | Memo to Costa from Jones re: PDC for Watkins. | PPB01499-1500 |
| 79 | 12/12/00 | Letter to Watkins from Costa re: PDC | PPB01253-56 |
| 80 | 12/12/00 | Letter to Watkins from Marcinko re: PDC | PPB01257-58 |
| 81 | 6/20/01 | String e-mail from Raffetto to Bukata re: Terrance Pitts | PPB00371 |
| 82 | 6/21/01 | Docket Sheet | PPB02023 |

17

| EXHIBIT | DATE | DESCRIPTION | BATES |
|---------|------|-------------|-------|
| 83 | 6/21/01 | String e-mails between Raffetto, Watkins and Bukata re: Terrance Pitts. | PPB02022 |
| 84 | 6/22/01 | Memo David Dettinburn, Michael Bukata and Henry Watkins. | PPB02030 |
| 85 | 6/29/01 | E-mail from James Raffetto to Henry Watkins re: Terrance Pitts. | PPB02021 |
| 86 | 6/29/01 | Memo to Watkins from Bukata re: PDC notice. | PPB01489 |
| 87 | 7/3/01 | Memo to Watkins from Bukata re: PDC. | PPB01488 |
| 88 | 7/3/01 | Memo to Bukata from Watkins re: Terrance Pitts. | PPB02033 |
| 89 | 7/5/01 | Disciplinary Action Approval/ Disapproval re: termination. | PPB02525 |
| 90 | 7/6/01 | Memo to Marcinko from Bukata re: Recommendation for Discipline (Watkins) | PPB01484-85 |
| 91 | 7/6/01 | Memo to Marcinko from Bukata re: PDC findings. | PPB02645-49 |
| 92 | 7/9/01 | Memo to Robinson from Jones Re: Recommendation for Discipline | PPB02048 |
| 93 | 7/17/01 | Memo from Marshall to Marcinko Re: Review of Proposed Disciplinary Action | PPB02526-27 |
| 94 | 12/12/00 | Letter to Watkins from Marcinko re: PDC. Postal receipt directed to Watkins. | PPB01247-48; PPB01252 |
| 95 | 6/26/01 | Handwritten notes of Bukata in preparation for PDC. | PPB01443-47 |
| 96 | 8/6/99 | String of e-mails between Bukata and his supervisors | PPB03507-08 |
| 97 | 11/1/99 | Investigation Request/Report | PPB00841-42 |
| 98 | 11/01/99 | Investigation Request/Report signed by Watkins for Agent Camma. | PPB00843 |
| 99 | 12/27/99 | Investigation Request/Report signed by Watkins for Agent Bentzley. | PPB00840 |
| 100 | 1/4/00 | Investigation Request/Report signed by Watkins. | PPB00783 |
| 101 | 2/24/00 | Investigation Request/Report signed by Watkins for Bentzley. | PPB01778 |
| 102 | 4/11/00 | Investigation Request/Report signed by Watkins for Agent Bentzley. | PPB01770 |

18

| EXHIBIT | DATE | DESCRIPTION | BATES |
|---------|------|-------------|-------|
| 103 | 4/11/00 | Investigation/Request Report signed by Watkins for Agent Mondrosch. | PPB03596-97 |
| 104 | 3/5/01 | Investigation Request/Report signed by Watkins for Agent Knight | PPB03805 |
| 105 | 1/11/00 | Report regarding a parolee, Murphy. | PPB00957-60 |
| 106 | 1/11/00 | Summary of Investigation for Board of Pardons Re: Craig Murphy | PPB01793-96 |
| 107 | 2/02/00 | Report regarding proofreading. | PPB01792 |
| 108 | 4/12/00 | Memo to Interstate Division from Watkins, Subject: William Jubillee Parole #51941. | PPB00749 |
| 109 | 2/27/01 | String e-mail between Bukata and Watkins re: W. JUBILEE 5194 I. | PPB00748 |
| 110 | 2/27/00 | E-mail between Watkins and Bukata. Re: W. Jubilee 5194 I Arrest Report & Hearing. | PPB03780 |
| 111 | 3/11/00 | Memo from Watkins to Bukata responding to questions as to why report was not submitted. | PPB03580 |
| 112 | 3/10/00 | Handwritten memo to Watkins from Bukata. | PPB03578 |
| 113 | 5/04/00 | String e-mail regarding an investigation on Thompson. | PPB03604-06 |
| 114 | 6/8/00 | String e-mail between Bukata and Watkins re: Thompson. | PPB01616-18 |
| 115 | 4/17/01 | String e-mail between Watkins, Knight, Hazelett and Bukata re: T. Good. | PPB03833 |
| 116 | 4/23/01 | String e-mail between Watkins, Knight and Hazelett. | PPB03825 |
| 117 | 4/29/01 | String e-mail between Watkins and Bukata re: Overdue Pardon Board Reports | PPB03801 |
| 118 | 8/9/00 | E-mail to Watkins from Bukata re: late Pardon Board Investigations. | PPB01753 |
| 119 | 8/30/00 | String e-mail between Bukata and Watkins re: Douglas Pardon Board. | PPB01904-06 |
| 120 | 10/23/00 | String e-mail going back to 6/27/00 between Jones, Eiceman, Bukata, Starnes, Watkins. | PPB01758 |
| 121 | 10/23/00 | String e-mail going back to 6/27/00 re: Douglas. | PPB03641 |

| EXHIBIT | DATE | DESCRIPTION | BATES |
|---------|------|-------------|-------|
| 122 | 12/14/00 | E-mail between Bukata and Watkins re: PB Robert Douglas 0904 S. | PPB03736 |
| 123 | 7/17/00 | String e-mail between Watkins, Bukata and Audrey Reiber. | PPB01093 |
| 124 | 8/11/00 | E-mail from Fickel to Jones and Bukata re: Arkansas case. | PPB01083 |
| 125 | 8/14/00 | Memo to Watkins from Parole Agent II Francis Mondrosch re Arkansas Pre-Parole Plan. | PPB01085 |
| 126 | 8/15/00 | String e-mail between Bukata and Fickel re: Jacob Oliver 1280-N | PPB01082 |
| 127 | 9/15/00 | E-mail from Bukata to Watkins with cc: to Sterling re: Missing information on facesheet. | PPB01926 |
| 128 | 3/08/00 | E-mail from Bukata to Watkins re: 15 cases with blank grades of supervision. | PPB02008 |
| 129 | 6/28/00 | String e-mail relating to Blank Grades to Watkins. | PPB01832 |
| 130 | 7/10/01 | E-mail from Bukata to Watkins re: FW: blank supervision grades. | PPB03846 |
| 131 | 9/6/00 | Memo from Robinson to Jones and by Hartwiger. | PPB03885 |
| 132 | 7/12/01 | String e-mail between Kauffman (Bureau of Probation Services), Bukata and Watkins re: Coleman. | PPB03884-86 |
| 133 | 3/27/01 | Memo to Watkins from Jones re: case staffing. | PPB03815-16 |
| 134 | 4/10/01 | Memo to Jones from Bukata re: answers to questions regarding Davis. | PPB00702-03 |
| 135 | 4/10/01 | Memo to Robinson from Jones re: reasons Watkins should be terminated as a Unit Supervisor. | PPB00707-08 |
| 136 | 8/05/99 | E-mail between Watkins and Bukata | PPB03506 |
| 137 | 12/29/99 | String e-mail between Bukata and Watkins beginning on 12/13/99 regarding Gooden Levin. | PPB01893 |
| 138 | 2/29/00 | E-mail to Watkins from Fedeanis regarding Parker. | PPB03574 |
| 139 | 6/22/00 | E-mail from Bukata to Watkins re: Rorie. | PPB01812 |
| 140 | 6/30/00 | Memo to Bukata from Costa. | PPB00973 |

| EXHIBIT | DATE | DESCRIPTION | BATES |
|---------|------|-------------|-------|
| 141 | 10/6/00 | E-mail between Watkins and Bukata re: Cases to be Transferred. | PPB01961 |
| 142 | 10/13/00 | E-mail from Bukata to Watkins re: Johnson. | PPB01067 |
| 143 | 10/16/00 | E-mail between Bukata and Watkins re: Garrison. | PPB01962 |
| 144 | 11/21/00 | E-mail between Bukata and Duda re: Rodney Logan 0630 X. | PPB03706 |
| 145 | 11/22/00 | String e-mail between Bukata and Ellis, Greenberg, Henry, Watkins, Joachim and Starling. | PPB04466 |
| 146 | 12/6/00 | E-mail between Poole and West Philadelphia SO. | PPB03701 |
| 147 | 12/7/00 | E-mail between Bukata and Watkins. Re: M. Morris. | PPB03719 |
| 148 | 12/7/00 | E-mail between Bukata and Watkins. Re: W. Mitchell. | PPB03721 |
| 149 | 12/12/00 | String e-mail between Bukata, Sterling, Ellis, Greenberg, Henry, Watkins, Joachim, Starling, re Absconder Project. | PPB03740 |
| 150 | 12/28/00 | E-mail to Watkins from Bukata, stating that Watkins never submitted form. | PPB03747 |
| 151 | 12/28/00 | E-mail from Bukata to Watkins. Subject: FW: Absconder Project. | PPB03741 |
| 152 | 1/10/01 | E-mail between Folk, Watkins, Fickel and Bukata. | PPB03751 |
| 153 | 2/8/01 | E-mail from Bukata to Watkins re: FW: JNET Notification: Darren Brown PA #1866-O. | PPB03778 |
| 154 | 2/8/01 | E-mail from Bukata to Watkins re: C. Johnson. | PPB03779 |
| 155 | 3/19/01 | E-mail relating to a parolee 853AA saying that Watkins had not done a report to Texas since 6/98. | PPB03803 |
| 156 | 3/21/01 | Overtime Report for Watkins. | PPB03806 |
| 157 | 4/4/01 | String e-mail between Bukata and Watkins re: Cabell, Frank D. Jr. 7130-W. | PPB03749 |
| 158 | 4/13/01 | E-mail from Bukata to Bentzley. | PPB00729 |
| 159 | 5/1/01 | Memo to Watkins from Sandra Kitner (Automotive Officer). | PPB03838 |

| EXHIBIT | DATE | DESCRIPTION | BATES |
|---------|------|-------------|-------|
| 160 | 5/2/01 | E-mail between Bukata and Watkins re: A. Frederick. | PPB03839 |
| 161 | 5/23/01 | String e-mail between Bukata and Watkins re: FW: Fartal 7658K. | PPB03807-09 |
| 162 | 5/24/01 | E-mail between Watkins and Reiber re: Marcus, James. | PPB00693 |
| 163 | 5/29/01 | E-mail from Bukata to Watkins re: FW: Home Plans & Other Investigations. | PPB03847-48 |
| 164 | 5/30/01 | E-mail between Bukata and Watkins re: instructions on work. | PPB03854 |
| 165 | 6/4/01 | String e-mail between Bukata and Watkins re: Major Smith investigation. | PPB03859 |
| 166 | 6/27/01 | E-mail between Bukata and Watkins re: FW: 631 AK. | PPB00676 |
| 167 | 7/12/01 | String e-mail between Bukata, Watkins and Malseed re: Whitney. | PPB03883 |
| 168 | 7/20/01 | String e-mail between Kauffman, Bukata and Watkins re: Calvin Robinson. | PPB03878 |
| 169 | 11/17/00 | String email between Blaska, Bukata and Watkins re: 81 Reports. | PPB01919 |
| 170 | 12/13/00 | E-mail between Bukata and Watkins re: 81 Report. | PPB03724 |
| 171 | 1/16/01 | E-mail from Blaska to several employees including Watkins re: 81 Reports not received. | PPB03753 |
| 172 | 4/25/01 | String e-mail between Bukata and Dawn Blaska re: 81 Report. | PPB03836 |
| 173 | 8/10/99 | String e-mail between Bukata and Watkins beginning on 7/7/99. | PPB03484 |
| 174 | 8/10/99 | E-mail from Bukata to Watkins regarding the random urinalysis. | PPB03485 |
| 175 | 8/10/99 | String e-mail from Bukata to Watkins. | PPB03486 |
| 176 | 8/26/99 | E-mail to Watkins from Michelle Hair on behalf of Paul Strizzi | PPB04152 |
| 177 | 9/09/99 | E-mail to Watkins from Michelle Hair on behalf of Paul Strizzi. | PPB04151 |
| 178 | 9/29/99 | E-mail from Hair to Watkins. Re: Phase II Exam - Freddie Harris. | PPB04146 |
| 179 | 11/02/99 | E-mail to Watkins from Bukata. | PPB03530 |

| EXHIBIT | DATE | DESCRIPTION | BATES |
|---------|------|-------------|-------|
| 180 | 11/04/99 | E-mail to Watkins from Fleming on behalf of Strizzi. | PPB04144 |
| 181 | 11/4/99 | E-mail from Hair to Watkins. | PPB04145 |
| 182 | 12/22/99 | String e-mail. Re: Exams for OJT Packages beginning on 11/29/99. | PPB03545-46 |
| 183 | | Intentionally Left Blank | |
| 184 | 11/9/00 | String e-mail between Bukata and Watkins re: Overdue Pardon Boards. | PPB01875 |
| 185 | | Intentionally Left Blank | |
| 186 | 4/24/01 | E-mail between Bukata and Watkins re: A. Fredrick PB 6943 | PPB00731 |
| 187 | 6/5/01 | String e-mail between Jones and Bukata re: Overdue investigations report/NW Division. | PPB00652 |
| 188 | 6/12/01 | String e-mail between Costa, Jones, Pandolfo, Solla, Nealy, Newton and Watkins re: Home Plans & other investigations. | PPB03860 |
| 189 | 2/16/01 | E-mail between Bukata and Watkins re: Fredrick PB 69431. | PPB03788 |
| 190 | 2/21/01 | E-mail from Reiber to Watkins. | PPB00760 |
| 191 | 2/21/01 | E-mail between Folk and Watkins. | PPB03793 |
| 192 | 3/4/01 | Delinquency Request Form signed by Watkins. | PPB00734 |
| 193 | 4/3/01 | Delinquency Request Form. | PPB00735 |
| 194 | 9/08/99 | String e-mail between Roy Parker, Michael Bukata and Henry Watkins that began on July 30, 1999. | PPB03490 |
| 195 | 9/08/99 | String e-mail between Bukata, Watkins and Roy Scott | PPB03512 |
| 196 | 9/16/99 | String e-mail ending with Bukata sending e-mail to Jones. | PPB03514-15 |
| 197 | 11/16/99 | String e-mail between Jen Pijar and Watkins. | PPB03531 |
| 198 | 11/22/99 | String e-mail between Watkins and Bukata. | PPB03479 |
| 199 | 12/16/99 | E-mail from Jones to Supervisors. | PPB01805 |
| 200 | 12/16/99 | E-mail from Reiber to Watkins. | PPB03534 |

| EXHIBIT | DATE | DESCRIPTION | BATES |
|---------|------|-------------|-------|
| 201 | 12/20/99 | String e-mail beginning 10/16 | PPB03547 |
| 202 | 12/22/99 | E-mail to Watkins from Fickel regarding Victor Sanford. | PPB00837 |
| 203 | 10/21/99 | String e-mail relating to files that were late being opened by Watkins' unit. | PPB02594-95 |
| 204 | 12/29/99 | String e-mail between Jones and Watkins regarding 12/28 e-mail from Colleen Fickel. | PPB03533 |
| 205 | 1/06/00 | String e-mail between Bukata, Watkins, Jones and Costa that began on 12/22/99. | PPB02012-13 |
| 206 | 1/07/00 | E-mail between Bukata and Watkins referencing a 10/12/99 e-mail. | PPB03528 |
| 207 | 1/14/00 | E-mail between Bukata, Watkins and Jones and Descher. | PPB03557 |
| 208 | 1/19/00 | E-mail from Bukata to Watkins regarding Davis. | PPB01785 |
| 209 | 1/31/00 | E-mail between Jones and Bukata dating back to 1/6/00. | PPB01888 |
| 210 | 2/28/00 | String e-mail between Bukata, Watkins, Jones and Goodwin re: Watkins and home plans. | PPB03567-68 |
| 211 | 2/29/00 | E-mail to Watkins from Fedeanis re: Parker. | PPB03570 |
| 212 | 3/02/00 | String e-mail between Bukata and Watkins and Duda beginning on 2/9/00. | PPB01779 |
| 213 | 3/24/00 | String e-mail where Watkins is asked for information that should have been on the original report. | PPB03755 |
| 214 | 5/10/00 | E-mail from Murphy to Watkins. | PPB00594 |
| 215 | 5/12/00 | String e-mail from Slavinsky to Watkins re An EM Alert for Williams. | PPB03593-94 |
| 216 | 5/17/00 | Memo to Watkins from Costa Re: PBPP-62A Delinquency Requests Forms. | PPB01830 |
| 217 | 5/26/00 | String e-mail between Bukata, Watkins and others relating to Sanford. | PPB01628-29 |
| 218 | 6/12/00 | String e-mail regarding Banks. | PPB01637-38 |
| 219 | 6/27/00 | String e-mail beginning on 4/26 where information was requested on a Murphy. | PPB01790 |
| 220 | 7/7/00 | E-mail from Bukata to Watkins re: Late Response. | PPB01826 |

| EXHIBIT | DATE | DESCRIPTION | BATES |
|---------|------|-------------|-------|
| 221 | 8/31/00 | Handwritten note stating "No response has been received." | PPB01057 |
| 222 | 9/19/00 | String e-mail between Bukata, Watkins and Ellis re: Camma's EPR. | PPB01950 |
| 223 | 10/5/00 | String e-mail between Watkins, Bukata and Kemper re: Hemphill. | PPB01076 |
| 224 | 10/17/00 | String e-mail between Bukata and Watkins re" Lyons. | PPB03673 |
| 225 | 10/18/00 | Special Field Report with handwritten note which states "3 months late". | PPB02028 |
| 226 | 10/19/00 | String e-mail between Watkins and Grow. | PPB01966-67 |
| 227 | 11/20/00 | Memo to Watkins from Sedesse. | PPB03644 |
| 228 | 11/20/00 | String e-mail between Duda, Watkins and Bukata. | PPB03688 |
| 229 | 12/13/00 | Special Field Report | PPB00789 |
| 230 | 12/13/00 | Watkins' UCV (81) Report | PPB00790 |
| 231 | 12/13/00 | E-mail between Bukata and Watkins re: Bookard. | PPB03731 |
| 232 | 12/28/00 | String e-mail between Watkins and Johnson re: Clayton Jones, PN2205 O. | PPB03689 |
| 233 | 12/14/00 | Memo from Bukata to NW #4 Agents. | PPB03732 |
| 234 | 12/27/00 | E-mail between Watkins and Walker. | PPB03745 |
| 235 | 1/29/01 | E-mail from Bukata to Watkins re: late reply. | PPB03914 |
| 236 | 2/9/01 | String e-mail between Bukata and Watkins re: PB Extensions. | PPB03765-66 |
| 237 | 2/12/01 | E-mail from Reiber to Watkins re: Averette, Stephoun Frederick - AZ (Parole) Transfer Request: PA #252AX | PPB00763 |
| 238 | 2/16/01 | E-mail between Watkins and Bukata where Watkin states he will speak to Agent Harris. | PPB03786 |
| 239 | 2/22/01 | E-mail between Bukata and Watkins re: Clean Hit. | PPB03795 |
| 240 | 4/3/01 | E-mail between Bukata and Watkins re: FW: Digital Photos. | PPB03804 |
| 241 | 4/9/01 | String e-mail between Malseed, Watkins and Bukata re: WHITNEY, CAROL (New York - Probation). | PPB03799-800 |

| EXHIBIT | DATE | DESCRIPTION | BATES |
|---------|------|-------------|-------|
| 242 | 4/9/01 | E-mail to Watkins from Bukata re: report corrections. | PPB03826 |
| 243 | 4/12/01 | String e-mail between Bukata, Jones and Watkins re: Gilliam. | PPB03831 |
| 244 | 4/19/01 | String e-mail between Bukata and Watkins re: mistake on 6853 Q report. | PPB00697 |
| 245 | 4/19/01 | String e-mail between Watkins and Bukata re: mistake on Roundtree report. | PPB03835 |
| 246 | 4/20/01 | Watkins' UCV (81) Report and "due 4-13. | PPB00725 |
| 247 | 4/23/01 | String e-mail between Bukata and Watkins re: Pre-Parole Plans. | PPB03733-35 |
| 248 | 5/8/01 | E-mail between Bukata and Watkins re: FW:  Extension Request PB-8067-W.C. Bunk. | PPB03840 |
| 249 | 5/18/01 | E-mail between Watkins and Bukata re: opening investigation. | PPB03827 |
| 250 | 5/29/01 | E-mail between Bukata and Watkins. Subject:  FW:  NW Redistricting. | PPB03841 |
| 251 | 5/31/01 | E-mail between Bukata and Watkins re: FW:  Home Plans & other investigations. | PPB03855-56 |
| 252 | 6/28/01 | String e-mail between Bukata and Watkins re: Shaw. | PPB03771-72 |
| 253 | 6/26/01 | Letter from Watkins to the City Parking Violations Branch. | PPB00415 |
| 254 | 7/3/01 | Memo to Bukata from Watkins re: list correction. | PPB00416 |
| 255 | 7/10/01 | E-mail from Bukata to Watkins re: FW: Coleman, # 7502 U. | PPB03880 |
| 256 | 7/10/01 | String e-mail between Fickel, Butaka, Hepler and Watkins re: Shaw. | PPB3773-74 |
| 257 | 7/11/01 | String e-mail between Malseed, Central Office, Bukata and Watkins re: Whitney. | PPB03857 |
| 258 | 7/12/01 | Email from Bukata to Watkins re: Equipment Inventory. | PPB03882 |
| 259 | 8/8/01 | Annual Evaluation Due/Overdue List. | PPB00802-03 |
| 260 | 8/1/01 | String e-mail between Bukata and Watkins re: Shaw, Robert. | PPB03775-77 |
| 261 | 6/9/00 | Henry Watkins nominated by Bukata for two courses. | PPB00908 |

26

| EXHIBIT | DATE | DESCRIPTION | BATES |
|---------|------|-------------|-------|
| 262 | 6/9/00 | Henry Watkins nominated for two courses. | PPB00909 |
| 263 | 2/1/01 | Course Nomination (Leadership Development Academy) for Henry Watkins. | PPB03761 |
| 264 | 3/3/00 | Handwritten note titled: "Instructions to Watkins" | PPB00936 |
| 265 | 4/17/00 | Handwritten notes relating to the Investigation Request/Report of William Clark. | PPB03598 |
| 266 | 6/15/00 | Handwritten notes from Bukata. | PPB00579-582 |
| 267 | 7/17/00 | E-mail to Watkins from Audry. | PPB01091 |
| 268 | 11/16/00 | Handwritten notes documenting failures. | PPB00928-935 |
| 269 | 12/22/00 | Handwritten memo to Watkins from Bukata re:  EPR | PPB03742-43 |
| 270 | 3/21/01 | Handwritten notes to Watkins. | PPB00738 |
| 271 | 4/17/01 | Handwritten note from Bukata re:  fourth attempt to get a proper report submitted. | PPB00715 |
| 272 | 5/23/01 | Handwritten note signed by Bukata. | PPB03849 |
| 273 | 5/22/01 | Progress and Conduct Report | PPB03850 |
| 274 | 6/4/01 | Handwritten notes re: HW. | PPB00662 |
| 275 | 6/13/01 | Handwritten notes from Bukata. | PPB00669 |
| 276 | 7/2/01 | Handwritten memo to Watkins from Bukata re: A. Davis. | PPB03872 |
| 277 | 6/21/02 | Handwritten note re: computer down. | PPB00409 |
| 278 | 7/12/01 | Handwritten notes of Bukata regarding C. Whitney. | PPB00644-45 |
| 279 | 7/13/01 | Handwritten notes to Bukata re: conversation with Agent Knight. | PPB00646-47 |
| 280 | 7/30/01 | Handwritten note summarizing Watkins' employment history. | PPB01149-50 |
| 281 | 1/10/00 | Memo from Watkins to Bukata requesting a clerk typist. | PPB04258 |
| 282 | 1/31/00 | String e-mail between Bukata and Jones dating back to 1/10/00 when Watkins requested a clerk typist. | PPB04257 |

| EXHIBIT | DATE | DESCRIPTION | BATES |
|---------|------|-------------|-------|
| 283 | 2/23/00 | String e-mail between Bukata, Watkins, Jones and Jackson beginning on 1/6/00 re Late Submittals - Agent Activity Sheets. | PPB01822 |
| 284 | 3/10/00 | String e-mail between Weinstein, Bukata and Watkins regarding Robert Atkins. Weinstein wrote to Bukata. | PPB01549 |
| 285 | 5/12/00 | Memo from Marshall to Bukata, Jones, and Marcinko re: PDC - Watkins | PPB02331 |
| 286 | 3/21/01 | Memo to Watkins from Sandra Kitner (Automotive Officer). | PPB02104 |
| 287 | 6/28/01 | E-mail between Marcinko and Robinson re: Henry Watkins. | PPB00148 |
| 288 | 7/17/01 | E-mail between Marcinko and Marshall. | PPB02551 |
| 289 | 1/10/00 | Memo from Watkins to Bukata re: Gooden: | PPB1895 |
| 290 | 1/11/00 | String e-mail between Bukata and Watkins beginning on 1/4/00. | PPB03554 |
| 291 | 1/13/00 | E-mail from Bukata to Hartwiger re: Gooden. | PPB03556 |
| 292 | 7/7/00 | Memo to Costa from Watkins. | PPB01825 |
| 293 | 7/7/00 | Memo to Costa from Watkins re: delinquency recommendation on 3304-H. | PPB03614 |
| 294 | 10/17/00 | Memo to NW-4 Staff from Watkins. | PPB01745 |
| 295 | 10/17/00 | Memo to Butaka, [sic] from Watkins. Subject: Theft of State Vehicle 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 License #DFJ 9568. | PPB03681 |
| 296 | 2/12/01 | Memo to Clyde Harris from Watkins. | PPB03782 |
| 297 | 3/22/00 | Memo from Watkins to Bukata re: Transfer of Agent Drayton. | PPB03591-92 |
| 298 | 3/24/00 | Bukata's response to Watkins' memo re: Transfer of Agent Drayton. | PPB03588-90 |
| 299 | 1/19/00 | E-mail between Watkins and Bukata. Re: Mr. Ellis' Unit. | PPB03560 |
| 300 | 1/20/00 | E-mail from Bukata to Watkins, Subject: Agent DiMarco. | PPB3561 |
| 301 | 9/15/00 | String e-mail between Bukata, Watkins and Eiceman. | PPB03666-67 |
| 302 | 4/12/00 | String e-mail between Watkins, Bukata and Kalp re: Maurice Gilliam. | PPB03830 |

| EXHIBIT | DATE | DESCRIPTION | BATES |
|---------|------|-------------|-------|
| 303 | 5/11/01 | String e-mail between Bukata, Watkins, Greenberg, Henry, Joachim and Starling re: Pre-Parole Plans | PPB03744 |
| 304 | 6/26/01 | E-mail from Bukata to Ellis, Henry, Watkins, Joachim, and Starling re: FW: Cases Beyond Max. | PPB02032 |
| 305 | 6/27/01 | E-mail between Bukata and Watkins re: FW: 631 AK. | PPB03834 |
| 306 | 07/19/99 | String e-mail between Watkins, Freeman, Kable, Bukata. | PPB02147 |
| 307 | 7/19/99 | E-mail to Freeman from Kable. | PB00225 |
| 308 | 7/19/99 | E-mail from Grant Freeman to Cindy Kable | PPB00226 |
| 309 | 7/20/99 | E-mail to Bukata from Kable | PPB03492 |
| 310 | 8/3/99 | E-mail to Bukata from Watkins re: Missing Badge and Identification Card. | PPB00862-64 |
| 311 | 8/05/99 | Memo to Robinson from Jones | PPB02141-42 |
| 312 | 8/09/99 | Memorandum to Bukata from Watkins. | PPB03509-10 |
| 313 | 8/11/99 | Memo from Bukata to Jones regarding Badge for Supervisor Watkins. | PPB00856-57 |
| 314 | 8/31/99 | E-mail from Jones to Jim Robinson regarding Badge for Supervisor Watkins. | PPB00217 |
| 315 | 9/01/99 | E-mail from Costa to Jones in response to Jones' 8/31 e-mail to Robinson. | PPB02135 |
| 316 | 10/27/99 | E-mail from Freeman to Watkins. | PPB03518 |
| 317 | 10/08/99 | Memo to Watkins from Marcinko re: Lloyd Knight. | PPB01690-91 |
| 318 | 1/21/00 | Memo from Marcinko to Jones re: Overdue Employee Performance. | PPB1421 |
| 319 | 5/10/00 | E-mail from Bukata to Watkins re: performance review on 5-11-00. | PPB01927 |
| 320 | 5/11/00 | Handwritten note re: H.W. discussion w/reviewer. | PPB01054 |
| 321 | 9/21/00 | Memo to Bukata from Jones re: Parolees Without Photo. | PPB01951 |
| 322 | | Intentionally Left Blank | |
| 323 | 4/3/01 | Listing of Open Investigations for Watkins. | PPB00678-79 |
| 324 | 6/5/01 | Memo to Jones from Bukata re: Skill Bank | PPB01427 |

| EXHIBIT | DATE | DESCRIPTION | BATES |
|---------|------|-------------|-------|
| | | Trainer Application Submitted by Supervisor Henry Watkins. | |
| 325 | 3/08/00 | String e-mail between Bukata, Watkins and Duda, Mumma and Goodspeed. | PPB03572 |
| 326 | 3/09/00 | E-mail to Jones from Zeigler regarding Garner's Leave Without Pay for 1999. | PPB01900 |
| 327 | 3/16/00 | Memo from Bukata to Watkins. | PPB01775-76 |
| 328 | 3/16/00 | E-mail from Bukata to Starling and Watkins. | PPB01938 |
| 329 | 9/6/00 | String e-mail between Shalon, Bukata and Watkins re: D. Whethers. | PPB01959 |
| 330 | 9/6/00 | E-mail from Bukata to Harold Shalon re: D. Whethers 6725 X. | PPB01960 |
| 331 | 09/12/00 | Handwritten note to Watkins from Bukata along with a delinquency request form. | PPB01060-61 |
| 332 | 11/13/00 | E-mail between Watkins, Bukata, Jones and Kable. | PPB01820 |
| 333 | 11/14/00 | E-mail between Bukata and Watkins re: S. Fattah & D. Jackson. | PPB01114 |
| 334 | 11/17/00 | String e-mail between Bukata and Watkins, Subject: FW: Maurice Coleman 7502U. | PPB03699 |
| 335 | 12/15/00 | E-mail between Bukata and Watkins re: J. Rivers 4926 I. | PPB03738 |
| 336 | 12/18/00 | String e-mail between Shultz, Solla, Bukata and Watkins re: Attoy Davis #8418U. | PPB03739 |
| 337 | 12/27/00 | Handwritten note from Bukata in reference to a field report. | PPB03746 |
| 338 | 1/19/01 | String e-mail between Bukata and Watkins re: Robert Douglas, 0904-S. | PPB03757 |
| 339 | 3/9/01 | String e-mail between Watkins and Bukata re:  Unbalanced workload. | PPB03790-91 |
| 340 | 4/2/01 | E-mail between Watkins and Bukata re: parolee that was not followed up on. | PPB00001-02 |
| 341 | 4/3/01 | E-mail between Bukata and Jones re: Attoy Davis Parole #8418U. | PPB00700 |
| 342 | 4/10/01 | String e-mail between Bukata and Watkins re: Foxwell. | PPB03829 |
| 343 | 4/17/01 | E-mail from Bukata to Bentzley re: | PPB00721 |

| EXHIBIT | DATE | DESCRIPTION | BATES |
|---|---|---|---|
| | | alternate home plans. | |
| 344 | 4/17/01 | Investigation Request/Report re: Clyde Harris. | PPB03474 |
| 345 | 5/22/01 | Handwritten note attached to 4/27/01 e-mail between Bukata and Watkins. | PPB03837 |
| 346 | 5/29/01 | Summary of Investigation by Watkins. | PPB00737 |
| 347 | 6/1/01 | E-mail from Watkins to Bukata re: M. Smith investigation. | PPB03858 |
| 348 | 7/11/01 | E-mail between Malseed and Watkins re: 3rd Request, BUNCH, ROBERT. | PPB00655 |
| 349 | 7/17/01 | Caseloads Summary Report. | PPB00660 |
| 350 | 7/17/01 | String e-mail between Bukata, Watkins and Marshall re: Counseling Session for Agent Knight. | PPB02063-64 |
| 351 | 7/17/01 | String e-mail between Bukata and Watkins re: Counseling Session for Agent Knight. | PPB03889-88 |
| 352 | 7/18/01 | String e-mail between Malseed, Watkins and Bukata re: Bunch, Robert. | PPB03881 |
| 353 | 7/18/01 | E-mail between Bukata and Watkins re: W. Mitchell. | PPB03890 |
| 354 | 8/2/99 | Grievance Form re: Watkins | PPB02274-75 |
| 355 | 8/5/99 | Handwritten Standard Transmittal re: Watkins | PPB00210 |
| 356 | 9/24/99 | String e-mail between Marcinko, Costa and Scicchitano. | PPB00209 |
| 357 | 1/05/00 | Memo to Tom Costa from James M. Robinson. | PPB03901 |
| 358 | 12/17/99 | Investigation Request/Report signed by Watkins for Agent Bentzley. | PPB00845 |
| 359 | 10/__/99 | Monthly Automotive Activity Report | PPB03523 |
| 360 | 9/02/99 | Notice of Charges and Hearing.  Agent Smith, Supervisor Watkins. | PPB00559-562 |
| 361 | 1/20/00 | PBPP Board of Pardons Investigative Report Crime Victims Checklist (Raymond Gambrel, Victim) | PPB01797-98 |
| 362 | 3/21/00 | String e-mail between Watkins, Fedeanis and Bukata beginning on 2/29/00 re: Derrick Parker. | PPB00612-13 |
| 363 | 2/25/00 | Delinquency Request Form re: Coleman. | PPB01831 |

| EXHIBIT | DATE | DESCRIPTION | BATES |
|---------|------|-------------|-------|
| 364 | 5/31/00 | String e-mail re: list of offenders that do not have SID number assignments. | PPB04312 |
| 365 | 6/22/00 | String e-mail from Magaro, Judy to Watkins. | PPB03628 |
| 366 | 4/27/00 | E-mail from Willie Jones to Henry Watkins re: FW: Murphy, Craig 9866-R, Pardon Board Review | PPB01791 |
| 367 | 8/17/00 | Delinquency Request Form re: Anthony Webb. | PPB01061 |
| 368 | 12/__/00 | _____ Order Log | PPB00787 |
| 369 | 12/14/00 | Order to Release from Temporary Detention for Lamont Bookard. | PPB00788 |
| 370 | 4/19/01 | E-mail from Joachim to Bukata re: mistake on report. | PPB04373 |
| 371 | 8/15/00 | String e-mail between Bukata, Costa and Watkins. | PPB02003 |
| 372 | 7/18/00 | Memo to Jones from Bukata re: Outstanding Investigations. | PPB01823 |
| 373 | 9/26/00 | Memo to Jones from Bukata re: Stephen Lewis. | PPB00319-20 |
| 374 | Undated | Henry Watkins' statement. | PPB02460 |
| 375 | 10/21/99 | String e-mail between Costa, Thomas, Jones and Watkins re: FW: Parole #0526-W. | PPB01651-52 |
| 376 | 7/16/01 | Progress and conduct report completed by Agent Knight. | PPB00658-59 |
| 377 | 3/14/00 | Acceptance for State Supervision re: Maurice Coleman. | PPB03886 |
| 378 | Undated | Log of Discipline | PAPB03223-34 PAPB03431-32 |
| 379 | Undated | Secretary's Log | PPB03929-50 |
| 380 | 07/14/99 | E-mail between Stout and Greenberg. | PPB00347 |
| 381 | 07/19/99 | E-mail to Greenberg from Bukata re: the parole violation/revocation hearings e-mail. | PPB03489 |

| EXHIBIT | DATE | DESCRIPTION | BATES |
|---------|------|-------------|-------|
| 382 | 08/04/99 | Handwritten note. *(Signature illegible).* | PPB00346 |
| 383 | 8/25/99 | E-mail to Greenberg from Bukata which began on 8/24/99. | PPB00328 |
| 384 | 9/22/99 | String e-mail between Greenberg and Bukata. | PPB00327 |
| 385 | 9/23/99 | Memo to Jones from Costa regarding Traffic Violations for Agent Charles Spriggs. | PPB00340-42 |
| 386 | 10/06/99 | Memo to Bukata from Watkins. Re: A memo from Agent Smith. | PPB03519-22 |
| 387 | 11/01/99 | E-mail to Greenberg regarding Spriggs overtime. | PPB00337-38 |
| 388 | 11/12/99 | E-mail between Bukata and Greenberg regarding cell phone usage by Agent Spriggs. | PPB03532 |
| 389 | 11/12/99 | String e-mail between Bukata and Greenberg regarding results of hearing. | PPB00325-26 |
| 390 | 11/15/99 | String e-mail between Bukata and Greenberg re: data clean up of 9/9/99. | PPB03516-17 |
| 391 | 11/15/99 | Handwritten note regarding Greenberg. | PPB00367 |
| 392 | 11/16/99 | E-mail between Robinson and Greenberg regarding a panel hearing. | PPB00143 |
| 393 | 11/23/99 | E-mail between Greenberg and Bukata. | PPB00324 |
| 394 | 12/29/99 | E-mail between Collins, Bukata and Greenberg regarding a parolee. | PPB00336 |
| 395 | 12/30/99 | E-mail to Greenberg from Bukata regarding a parolee. | PPB00322 |
| 396 | 3/8/00 | Notice of Charges and Hearing signed by Greenberg with a note | PPB00283 |

| EXHIBIT | DATE | DESCRIPTION | BATES |
|---------|------|-------------|-------|
| | | which states, "approved the poor wording." | |
| 397 | 3/10/00 | String e-mail between Bukata, Starling and Fickel regarding Nordine Ross. | PPB00281-82 |
| 398 | 3/21/00 | E-mail between Greenberg and Bukata regarding Derrick Green. | PPB00614 |
| 399 | 3/24/00 | E-mail between Bukata and Greenberg. Greenberg requested availability to attend a boot camp graduation. | PPB00303 |
| 400 | 3/30/00 | Memo to John Founds from Stuart Greenberg Re: Counseling Session. | PPB00133-42 |
| 401 | 4/12/00 | E-mail from Jones to Bukata and from Kipp to Jones regarding Greenberg. | PPB02189 |
| 402 | 4/12/00 | Memo to Greenberg from Bukata re: PDC. | PPB01381-84 |
| 403 | 4/14/00 | E-mail to Robinson from Jones. | PPB00316 |
| 404 | 4/18/00 | Memo to Costa from Bukata re: recommendation from PDC of 4/17/00 regarding Greenberg. | PPB02184-85 |
| 405 | 4/18/00 | Memo to Costa from Bukata re: Recommendation from PDC of 4/17/00 regarding Greenberg | PPB00123-28 |
| 406 | 4/19/00 | Memo to Greenberg from LeDelle A. Ingram regarding an alleged sexual harassment complaint. | PPB01365 |
| 407 | 4/27/00 | Memo from Tom Marshall to Maria Marcinko regarding PDC of Greenberg. | PPB01380 |
| 408 | 5/15/00 | Handwritten note (Communication 3) | PPB00311 |
| 409 | 5/10/00 | E-mail from William Murphy to Henry Watkins re: David Banks 994AN | PPB00594 |

| EXHIBIT | DATE | DESCRIPTION | BATES |
|---------|------|-------------|-------|
| 410 | 5/18/00 | Memo to Costa from Greenberg Re: Late Submission of Delinquency Requests. | PPB00292-93 |
| 411 | 5/22/00 | Memo to Costa from Greenberg re: Late 62A on Rasheed Banks, 551AC | PPB00296-97 |
| 412 | 5/22/00 | E-mail between Greenberg and Bukata and Kemper. | PPB03621 |
| 413 | 5/22/00 | E-mail between Bukata and Greenberg. | PPB00309 |
| 414 | 5/23/00 | Memo to Bukata from Greenberg Re: Late Return of Certification Request. | PPB00286 |
| 415 | 5/23/00 | Letter to Greenberg from Costa Re: 4/17/00 Predisciplinary Conference. | PPB00121-22 |
| 416 | 6/1/00 | Handwritten note. | PPB00285 |
| 417 | 5/26/00 | Memo to Greenberg from Jones re: Employee Performance Review. | PPB00250-54 |
| 418 | 6/2/00 | E-mail between Bukata and Greenberg denying Greenberg overtime. | PPB00300-02 |
| 419 | 6/9/00 | Course Nomination Form re: Stuart | PPB00263-64 |
| 420 | 6/28/00 | E-mail to Greenberg from Bukata re: ACT 97 | PPB03643 |
| 421 | 7/31/00 | E-mail from Bukata to Greenberg re: Unit reports. | PPB00310 |
| 422 | 9/15/00 | String e-mail between Bukata, Greenberg, and Jones re: CCC Director's Allegations/Complaint Against PBPP (Phila) Supervisor. | PPB01343-44 |
| 423 | 10/4/00 | E-mail to Greenberg from Bukata with handwritten note. | PPB00315 |
| 424 | 10/6/00 | E-mail to Greenberg from Bukata re: 1376O G. Kennedy. | PPB00312 |

| EXHIBIT | DATE | DESCRIPTION | BATES |
|---------|------|-------------|-------|
| 425 | 10/11/00 | E-mail between Greenberg and Bukata regarding Preparing Overtime Report. | PPB03669 |
| 426 | 10/12/00 | E-mail from Greenberg to Bukata re: E DRIVE-Public Information. | PPB0273-74 |
| 427 | 10/16/00 | E-mail between Greenberg and Bukata re: FW: Update Employment Codes. Handwritten note at top: "1,2,6,7." | PPB03679 |
| 428 | 11/20/00 | E-mail from Bukata to Eiceman and Greenberg re: Darryl Williams 6528T. | PPB03705 |
| 429 | 12/29/00 | E-mail between bukata and Greenberg re: FW: James L. Lewis 4708X. | PPB00269-71 |
| 430 | 1/23/01 | Performance evaluation for Stuart Greenberg from January 00 to January 01. | PPB03964-71 |
| 431 | 2/14/01 | E-mail between Bukata and Greenberg dating back to 2/2/01 where Greenberg was chastised for not completing paperwork properly. | PPB04341-42 |
| 432 | 3/13/01 | E-mail between Bukata and Greenberg re: Uncompleted task. | PPB04340 |
| 433 | 4/3/01 | E-mail from Bukata to Greenberg, regarding digital photos. | PPB04338-39 |
| 434 | 4/9/01 | E-mail from Bukata to Greenberg, Ellis Donna Henry, Watkins, Joachim and Starling re: Northwest Division | PPB04374 |
| 435 | 4/30/01 | E-mail between Bukata and Greenberg. Re: Instant Urinalysis. | PPB04335 |
| 436 | 9/19/01 | Memo to Audrey Starling from LeDelle Ingram re: Alleged Offensive Behavior by Stuart Greenberg, Parole Supervisor. | PPB01352-53 |

| EXHIBIT | DATE | DESCRIPTION | BATES |
|---|---|---|---|
| 437 | 9/20/01 | String e-mail between Brouse, Dadigan and Greenberg re: Shakeeta Bartley 993AO. | PPB04351-52 |
| 438 | 10/4/01 | E-mail from Bukata to Greenberg re: Transfer | PPB4334 |
| 439 | 10/4/01 | E-mail from Bukata to Joanne Adams re: Dwayne Jones, Parole No. 0491-U | PPB00821 |
| 440 | 10/19/01 | List titled "Blank Grades" | PPB04357-58 |
| 441 | Undated | Pre-Parole Investigation Request/ Report re: Anthony Brown #669-AK | PPB04323 |
| 442 | 10/15/01 | Notice of Charges and Hearings re: Stacey Thompson | PPB04364 |
| 443 | 10/18/01 | Investigation Request Report dated 10/7/01 by Greenberg with handwritten note from Bukata. | PPB04356 |
| 444 | 10/19/01 | String e-mail between Bukata and Greenberg re: A. Townsville 9814T. | PPB04372 |
| 445 | 10/19/01 | Supervision History on a parolee with handwritten note which states, "STILL DOES NOT READ WHAT HE SIGNS. | PPB04366 |
| 446 | 10/19/01 | E-mail from Bukata to Greenberg re: William Fisher, NY Parolee 148AP | PPB00825 |
| 447 | 10/22/01 | Memo from Watkins to Brenda Nealy re: Lost of Badge and Identification Card | PPB03899 |
| 448 | 10/22/01 | Duplicate of PPB03899 | PPB2150 |
| 449 | 10/22/01 | String email been Greenberg and Bukata re: W. Maxwell 7168U. | PPB04370-71 |
| 450 | 10/25/01 | Handwritten note to Bukata. | PPB04362 |
| 451 | 11/16/01 | Handwritten note to Greenberg from Bukata. | PPB04361 |

| EXHIBIT | DATE | DESCRIPTION | BATES |
|---------|------|-------------|-------|
| 452 | 11/26/01 | E-mail from Greenberg to Bukata. Re: Rodney Dyer Parole No. 064AK. | PPB04369 |
| 453 | 11/29/01 | E-mail between Greenberg and Bukata. Re: Supervisor Stuart Greenberg. | PPB04355 |
| 454 | 12/13/01 | E-mail between Bukata and Greenberg. Subject: FW: 5719J Faison. | PPB04348 |
| 455 | 12/14/01 | E-mail between Bukata and Greenberg. Subject: Condition #7. | PPB04367 |
| 456 | 12/19/01 | E-mail between Bukata and Greenberg. Re: Overdue Everything. | PPB04344-45 |
| 457 | 1/2/02 | E-mail between Bukata and Greenberg. Subject: FW: Willie Maxwell 7168U PP 510000. | PPB04353-54 |
| 458 | 1/11/02 | String e-mail between Bukata and Greenberg re: FW: Moy 784ad | PPB04346-47 |
| 459 | 6/1/99 | Counseling Session from Bukata to Robert Joachim, Supervisor. | PPB04397-98 |
| 460 | 9/02/99 | Notice of Charges and Hearing regarding Agent Doriety, Supervisor Robert Joachim. | PPB04392 |
| 461 | 9/02/99 | E-mail from Bukata to Joachim. | PPB04391 |
| 462 | 11/14/00 | Handwritten note by bukata. | PPB04378 |
| 463 | 5/15/00 | E-mail from Fickel to Joachim, Bukata, Jones, Folk re: Interstate Pretransfers | PPB04386 |
| 464 | 6/2/00 | E-mail to Joachim reprimanding him for a poorly written report relating to Murray. | PPB04384-85 |
| 465 | 7/14/00 | String e-mail beginning on 7/12/00 Re: Pardon Board - Thompson. | PPB04383 |

| EXHIBIT | DATE | DESCRIPTION | BATES |
|---|---|---|---|
| 466 | 7/21/00 | E-mail from Bukata to Joachim. | PPB04387 |
| 467 | 2/7/01 | Memo to Watkins from Sandra Kitner (Automotive Officer). | PPB00797-800 |
| 468 | | Intentionally Left Blank | |
| 469 | 11/24/99 | Memo to John Smith from Bukata notifying him of a predisciplinary conference. | PPB04159 |
| 470 | 12/02/99 | Memo to Jones from Bukata re: Agent John Smith Pre-Disciplinary Conference. | PPB04161 |
| 471 | 12/02/99 | This is a memo from Watkins to Bukata wherein the question and answer session for the pre-disciplinary conference of Agent Smith was recorded. | PPB04162-66 |
| 472 | 12/03/99 | Memo to Costa from Jones regarding PDC of John Smith. | PPB04160 |
| 473 | 1/13/00 | Memo from Watkins to Bukata re: the PDC for John Smith. | PPB04172-76 |
| 474 | 1/14/00 | Memo to Jones from Bukata re: Second PDC for John Smith. | PPB04170-71 |
| 475 | 1/28/00 | Letter to John Smith signed by Mike Neumyer, Director, Office of Management Services regarding his discipline. | PPB04177-78 |
| 476 | 2/10/00 | Investigation Request/Report signed by Greenberg for Agent Spriggs. | PPB00288-290 |

## NUMBER OF DAYS FOR TRIAL

It is anticipated that the trial of this matter will last for seven (7) days.

39

## COMMENTS REGARDING LEGAL ISSUES

MOTIONS IN LIMINE:

Defendants intend to file Motions in Limine to exclude the following:

- Evidence of the verdict in the Russ-Tobias case against the Board

- Evidence, including testimony and documents that relate, regard or refer to the individual claims, lawsuits and/or settlement(s) of the following individuals:

  ▸ Victoria Roadcloud
  ▸ Martha Holman
  ▸ James Burton
  ▸ Henry Williams
  ▸ Ernest Holmes
  ▸ Ronald Zappan
  ▸ Howru Self
  ▸ Darryl Rankin
  ▸ Calvin Ogletree, Deceased (deposition testimony)
  ▸ Rosalind Russ-Tobias
  ▸ Joseph Scott
  ▸ Chantolees Mirman
  ▸ Bonietta Ferguson

- Evidence of the Commonwealth of Pennsylvania's report published in 1993 regarding discrimination at the Board

- Evidence of the report published in April 2003 by the Pennsylvania Department of the Auditor General.

- Evidence of the "Sentinel Settlement"

** In the event that any of the above evidence is permitted to be presented to the jury, the defendants will seek to introduce into evident the United States Court of Appeals for the Third Circuit's opinion in the matter of Zappan v. Pa. Bd. of Probation and Parole, found at 152 Fed.Appx. 211 (3d Cir. 2005). In Zappan,

40

this Court and the Third Circuit granted the Board and Mr. Jones' summary judgment motion and dismissed Mr. Zappan's race based claims.

The Defendants will not pursue their breach of contract counterclaim at trial but reserve their right to appeal the Court's Order denying their Motion for Summary Judgment on that claim.

Respectfully submitted,

MILLER, ALFANO & RASPANTI, P.C.


By:  s/Lisa R. Marone
     GINO J. BENEDETTI, ESQUIRE
     LISA R. MARONE, ESQUIRE
     Attorney I.D. Nos. 59584; 200305
     1818 Market Street, Suite 3402
     Philadelphia, PA 19103
     (215) 972-6400
     Attorney for Defendants,
     Pennsylvania Board of Probation and
     Parole, Willie E. Jones, and Michael
Dated: 8-22-06    Bukata

41