```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| HENRY WATKINS,                : | |
| :                             | |
| Plaintiff,                  : | |
| :                             | |
| v.                          : | |
| :                             NO. 02-CV-2881 |
| PENNSYLVANIA BOARD OF         : | |
| PROBATION & PAROLE,           : | |
| EDWARD JONES, and MICHAEL BUKATA : | |
| :                             | |
| Defendants.                 : | |

**JURY VERDICT FORM FOR WILLIE E. JONES**
**<u>IN HIS INDIVIDUAL CAPACITY</u>**

**A. Disparate Treatment**

1. Do you find that the plaintiff has proved by a preponderance of the evidence that Defendant Willie E. Jones, in his individual capacity, subjected plaintiff to an adverse tangible employment action?

    YES _____                    NO _____

    *If you answered "YES" to Question 1, continue to Question 2. If you answered "NO" to Question 1, continue to Question 3 and do not answer Question 2.*

2. Do you find that the plaintiff has proved by a preponderance of the evidence that race was determinative in motivating Defendant's employment action?

    YES _____                    NO _____

    *Continue to Question 3.*

**B. Retaliation**

3. Do you find that the plaintiff has proved by a preponderance of the evidence that he opposed a racially discriminatory practice or engaged in protected conduct during a grievance hearing in November of 2000?

    YES _____                                          NO _____

    *Continue to Question 4.*

4. Do you find that the plaintiff has proved by a preponderance of the evidence that defendant Willie E. Jones, in his individual capacity, subjected plaintiff to suspensions and termination as a result of the plaintiff's 1993 lawsuit?

    YES _____                                          NO _____

    *If you answered "YES" to Question 3, continue to Question 5. If you answered "NO" to Question 3, continue to answer Question 6.*

5. Do you find that the plaintiff has proved by a preponderance of the evidence that there is a causal connection between the plaintiff's protected conduct during a grievance hearing in November 2000 and his termination in August 2001?

    YES _____                                          NO _____

    *Continue to Question 6.*

### C. Conspiracy

6. Do you find that Willie E. Jones, in his individual capacity, entered into a conspiracy to discriminate and/or retaliate against Mr. Watkins?

    YES _____          NO _____

### D. Damages

*Please answer the following questions only if you found in favor of plaintiff on his disparate treatment claim, retaliation claim, and/or his conspiracy claim.  In other words, you should only answer these questions if you answered "YES" to Questions 1 and 2 and/or Questions 4 and/or 3 and 5 and/or Question 6.*

7. Do you find that the plaintiff has proved by a preponderance of the evidence that plaintiff should be awarded damages to compensate for emotional pain and mental anguish?

    YES _____          NO _____

    *If your answer is "YES," insert the amount of compensatory damages that will reasonably compensate plaintiff for his emotional pain and mental anguish in the space provided below.*

    $_____

8. Do you find that the plaintiff has proved by a preponderance of the evidence that plaintiff should be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

   YES _____          NO _____

   *If your answer is "YES," insert the amount of compensatory damages that will reasonably compensate plaintiff for a net loss of wages and benefits in the space provided below.*

   $_____

   *If your answers to Questions ___ and ___ are "NO," insert a $1.00 award of nominal damages below.*

   $_____

9. Do you find that the plaintiff has proved by a preponderance of the evidence that plaintiff is entitled to recovery of future earnings from defendant?

   YES _____          NO _____

   *If your answer is "YES," insert the amount of future earnings that plaintiff is entitled to in the space provided below.*

   $_____

### E. Punitive Damages

10. Do you find that the plaintiff has proved by a preponderance of the evidence that defendant Willie E. Jones, in his individual capacity, personally acted with malice or reckless indifference to plaintiff's federally protected rights?

    YES _____                              NO _____


                    Foreperson:     _____

                         Dated:     _____

```
F:\PBL\pa.bd.of prob.watkins\Pleadings\trial\LRM.jury verdict form.WillieE.Jones.wpd
```