IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HENRY WATKINS, | : |
| | : NO. 02-CV-2881 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| PENNSYLVANIA BOARD OF | : |
| PROBATION & PAROLE, | : |
| EDWARD JONES, and MICHAEL BUKATA | : |
| | : |
| Defendants. | : |

**ORDER FOR A CONTINUANCE OF THE TRIAL DATE**

ON THIS ____ day of _____, 2006, upon consideration of Defendants' Motion for a Continuance of the Trial Date, and Plaintiff's response in opposition thereto, it is hereby ORDERED that Defendants' motion is GRANTED and that a trial date of November 6, 2006 is continued until _____, 2006, which date shall be a date certain for trial.

_____
J.