IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HENRY WATKINS                    :         CIVIL ACTION
                                     :
     v.                            :
                                     :
PENNSYLVANIA BOARD OF PROBATION :
& PAROLE, EDWARD JONES, and   :
MICHAEL BUKATA                 :         NO. 02-cv-02881-JF

<u>ORDER</u>

AND NOW, this 7th day of September 2006, IT IS ORDERED:

1. Defendants' motion for continuance of the trial date is GRANTED. Trial is now scheduled to commence on January 29, 2007, which date shall constitute a date certain.

2. Since most of the facts set forth in Defendants' Pretrial Memorandum (document 76, filed August 22, 2006) seem to suggest that there is not likely to be any dispute about them, counsel for the defendants shall:

    (a) within 30 days, submit to plaintiff's counsel a proposed stipulation, and counsel for the parties shall thereupon attempt to arrive at a joint stipulation as to undisputed facts;

    (b) if no such stipulation can be achieved within 30 days of the date of this Order, counsel for defendants shall file and serve a request for admissions.

3. Any and all motions *in limine* shall be filed not later than December 15, 2006.

4. Not later than 10 days before trial, counsel for

both sides shall file and serve their list of witnesses and exhibits, which lists shall include only those witnesses and exhibits honestly believed to be necessary for a fair trial of the case.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.