**MILLER ALFANO & RASPANTI P.C.**

September 7, 2006

<u>Via Facsimile and First Class Mail</u>

Robert Sugarman, Esquire
Sugarman & Associates
Robert Morris Building - 11th Floor
100 North 17th Street
Philadelphia, PA 19103

    Re: Pennsylvania Board of Probation and Parole/Watkins
        Pennsylvania Board of Probation and Parole/Roadcloud
        Pennsylvania Board of Probation and Parole/Dayton
        <u>Pennsylvania Board of Probation and Parole/Clemente</u>

Dear Bob:

As we discussed on September 5, 2006, the Defendants in these cases are willing to take the depositions of the following witnesses one time, for purposes of both cases:

1. Robin Taylor
2. Bonnietta Ferguson
3. Dana Roth
4. William Hodge
5. Victoria Roadcloud
6. Rosalind Russ-Tobias
7. Ronald Zappan
8. Howrhu Self
9. Darryl Rankin
10. Henry Williams
11. Ernest Holmes
12. Chantolees Mirman
13. Martha Holman
14. Joseph Scott
15. James Newton
16. Hugh Young
17. Susan Dannenerg
18. Mark Weinstein
19. Lloyd Knight
20. Willie Miller



**MA&R**
**MILLER ALFANO & RASPANTI P.C.**

Robert Sugarman, Esquire
September 7, 2006
Page 2

---

    We already have dates for Ms. Roadcloud and Ms. Holman as they were scheduled with you, Mr. Henzes and Ms. Hobbs for the matters other than <u>Watkins</u>. Lisa or I will participate on those dates for the <u>Watkins</u> matter.

    We need dates for the rest of the witnesses. We had suggested dates previously in our August 30, 2006 letter, a copy of which is enclosed for your convenience. You can ignore the dates in that letter for the depositions of Ms. Roadcloud and Ms. Holman as they will now be deposed on October 24, 2006 and October 23, 2006, respectfully.

    I would like to lock-up these dates for the rest of these witnesses by September 11, 2006. Please call me to discuss. This should eliminate the concerns raised in your September 6, 2006 letter.

    If I misstated anyone's understanding, please let me know.

                                                  Very truly yours,

                                                  GINO J. BENEDETTI

GJB/ma

cc: Linda Laub, Esquire
    Randall J. Henzes, Esquire
    Lisa R. Marone, Esquire
    Jody M. Hobbs, Esquire

F:\PBL\pa.bd.of prob.watkins\Letters and Memos\ma0020.sugarman.ltr.wpd

**MA&R**

**MILLER ALFANO & RASPANTI P.C.**

September 14, 2006

<u>VIA FACSIMILE & FIRST CLASS MAIL</u>

Robert Sugarman, Esquire
Robert Morris Building - 11th Floor
100 North 17th Street
Philadelphia, PA 19103

    Re:   Henry Watkins v. Pennsylvania Board of Probation and
            Parole, Edward Jones, and Michael Bukata
            <u>C.C.P. Philadelphia County, No. 002927</u>

Dear Mr. Sugarman:

     In accordance with your letter of September 12, 2006, wherein you provided your availability for depositions, enclosed please find deposition notices for the following individuals on the following dates:

| Witness | Date | Time |
|---|---|---|
| Bonietta Ferguson | October 11, 2006 | 1:00 P.M. |
| Henry Williams | October 11, 2006 | 3:30 P.M. |
| Robin Taylor | October 16, 2006 | 10:00 A.M. |
| Ernest Holmes | October 16, 2006 | 12:30 P.M. |
| Dana Roth | October 17, 2006 | 1:00 P.M. |
| Joseph Scott | October 17, 2006 | 3:30 P.M. |
| James G. Newton | October 18, 2006 | 3:30 P.M. |
| William Hodge | October 19, 2006 | 3:30 P.M. |
| Chantal-Lisa Mirman | October 20, 2006 | 1:30 P.M. |
| Hugh Young | October 20, 2006 | 3:30 P.M. |
| Martha Holman | October 23, 2006 | See Below |
| Victoria E. Roadcloud | October 24, 2006 | See Below |
| Susan R. Dannenberg | October 25, 2006 | 10:00 A.M. |
| Darryl Rankin | October 25, 2006 | 12:30 A.M. |
| Ronald Zappan | October 26, 2006 | 3:30 P.M. |
| Howrhu Self | October 27, 2006 | 1:00 P.M. |
| Rosalind Russ-Tobias | October 27, 2006 | 3:30 P.M. |
| Willie Miller | November 1, 2006 | 10:00 A.M. |

EXHIBIT B

1818 Market Street ·      PA 19103
215.972.64
www.mar-law.com



MILLER ALFANO & RASPANTI P.C.

Robert Sugarman, Esquire
September 14, 2006
Page 2

    Please note that Martha Holman and Victoria E. Roadcloud are both scheduled to appear at our offices for depositions in the Roadcloud matter on October 23, 2006 and October 24, 2006 respectively. For the convenience of these two individuals as well as yourself, we plan to depose each in this matter following the completion of these witnesses depositions in the Roadcloud matter on those days.

    Please let us know if subpoenas are necessary for any of the above individuals whom your office represents either currently or in the past. If we do not hear from you, we will assume that the witnesses will appear without the issuance of a subpoena. The depositions will take place in our office and we will supply the court reporter.

    Should you have any problems or concerns with this arrangement please contact our office at (215) 972-6400. Thank you for your prompt attention to this matter.

                                      Very truly yours,

                                      LISA R. MARONE

LRM/jam
Enclosure
cc: Gino J. Benedetti, Esquire (w/encl.)



COMMONWEALTH OF PENNSYLVANIA
OFFICE OF Attorney General

**TOM CORBETT**
ATTORNEY GENERAL

September 25, 2006

21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
Telephone: (215) 560-2136
Fax: (215) 560-1031

Robert Sugarman, Esquire
Robert Morris Building
100 North 17th Street, 11th Floor
Philadelphia, PA 19103

RE: Roadcloud v. Jones, et al.
Civil Action No. 05-3787
Roadcloud v. Jones, et al.
Civil Action No. 06-2235

Dear Mr. Sugarman:

In response to your letter dated September 21, 2006, you know my position on this issue. It has not changed.

Very truly yours,

Randall J. Henzes
Deputy Attorney General

RJH/am

cc: Jodeen Hobbs, Esquire



EXHIBIT C

# SUGARMAN & ASSOCIATES, PC

ATTORNEYS AT LAW
ROBERT MORRIS BUILDING – 11TH FLOOR
100 NORTH 17TH STREET
PHILADELPHIA, PENNSYLVANIA 19103

ROBERT J. SUGARMAN *
CARL EWALD
BRANDON KUYKENDALL

215-864-2500 • FAX: 215-864-2501
EMAIL: RJSUGARMAN@AOL.COM

BUCKS COUNTY OFFICE
215-348-8786

*Also admitted in NY, DC

September 21, 2006

Randall J. Henzes, Esquire
Deputy Attorney General
Commonwealth of Pennsylvania
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

RE: Roadcloud, et al. v. Pennsylvania Board of
Probation & Parole, et al., Civil Action No. 05-3787
and No. 06-2235

Dear Randall:

In response to your September 6 letter, I am a little confused. If your desire is to protect your right to ask questions on behalf of your clients, we readily agree; it can be a joint deposition. It was Mr. Benedetti who responded to my suggestion by stating that the depositions in the Watkins case would be considered deposition in both cases. This is no way precludes you from asking questions, as you like, as long as they are not repetitive.

Does this resolve your problem? Please advise by Monday, as otherwise we will be filing a Motion.

Sincerely,

Robert J. Sugarman

RJS:sas

F:\Roadcloud\Roadcloud-Clemente\Correspondence\Ltr. to Henzes 09-21-06.wpd