IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
_____
HENRY WATKINS                          :
                                       :
           Plaintiff,                  :
                                       :
      v.                               :   NO. 02-CV-2881
                                       :
PENNSYLVANIA BOARD OF PROBATION        :
& PAROLE, EDWARD JONES, AND            :
MICHAEL BUKATA                         :
                                       :
           Defendants.                 :
_____
```

**PRAECIPE TO SUBSTITUTE**

TO THE CLERK:

Please substitute the attached proposed order for the proposed order attached to the Plaintiff's Motion for Protective Order filed on October 4, 2006.

                                               RJS 2261
                                               ROBERT J. SUGARMAN
                                               Attorney for Plaintiffs

OF COUNSEL:

SUGARMAN & ASSOCIATES
11th Floor, Robert Morris Building
100 North 17th Street
Philadelphia, PA 19103
(215)864-2500 - Telephone
(215)864-2501 - Facsimile
rjsugarman@aol.com

DATED: October 11, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HENRY WATKINS : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | NO. 02-CV-2881 |
| : | |
| PENNSYLVANIA BOARD OF PROBATION : | |
| & PAROLE, EDWARD JONES, AND : | |
| MICHAEL BUKATA : | |
| : | |
| Defendants. : | |

## ORDER

AND NOW, this ___ day of _____, 2006, upon consideration of Plaintiffs' Motion for Protective Order, and any response thereto, it is hereby Ordered that the Motion is GRANTED and;

It is ORDERED that defendants are prohibited from taking any depositions unless all parties in each case agree that such depositions will also be depositions for <u>Roadcloud, et al. v. Pennsylvania Board of Probation & Parole, et al.</u>, No. 05-3787.

BY THE COURT,

_____
                        , J.

**CERTIFICATE OF SERVICE**

I, Carl W. Ewald, certify that I have served a copy of the foregoing Praecipe to Substitute to the following counsel by **electronic mail** on this date:

Lisa Marone, Esquire
Gino Benedetti, Esquire
Miller, Alfano & Raspanti, P.C.
1818 Market Street, Suite 3402
Philadelphia, PA 19103


 CWE 6250
CARL W. EWALD

Dated: October 11, 2006

F:\Working-DOCS-Sugarman\Watkins\Pleadings\Praecipre to Substitute.wpd