IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HENRY WATKINS | : |
|       Plaintiff, | : |
| v. | :   NO. 02-CV-2881 |
| PENNSYLVANIA BOARD OF PROBATION & PAROLE, EDWARD JONES, AND MICHAEL BUKATA | : |
|       Defendants. | : |

**ORDER**

AND NOW, this ____ day of _____, 2006, upon consideration of Plaintiff's Motion for Two Day Extension to file Response to Summary Judgment, and any response thereto,

It is ORDERED that the Motion is GRANTED and the deadline for filing plaintiff's response to Defendants' Summary Judgment Motion is extended to and including Wednesday, December 13, 2006.

BY THE COURT,

_____
John P. Fullam, J.

F:\Watkins\Pleadings\Resp.IROG

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HENRY WATKINS** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : NO. 02-CV-2881 |
| | : |
| **PENNSYLVANIA BOARD OF PROBATION** | : |
| **& PAROLE, EDWARD JONES, AND** | : |
| **MICHAEL BUKATA** | : |
| | : |
| Defendants. | : |

**PLAINTIFF'S MOTION FOR TWO DAY EXTENSION**

Plaintiff respectfully moves for an extension of time in which to file his Response to Summary Judgment herein and avers in support thereof as follows:

1. The Complaint herein articulates claims of hostile work environment, race discrimination and retaliation, pursuant to Section 1981, Section 1983, Title VII, and state law conspiracy.

2. Defendants have filed their third Motion for Summary Judgment alleging 159 paragraphs of allegedly undisputed facts within a sixty page brief.

3. Appellant's counsel has experienced a dramatic (50%) turnover in staff in the past four weeks, losing all secretarial support and one of only two associate attorneys.

4. Due to the loss and subsequent shortage of staff, counsel for plaintiff is unable to complete the response to

Summary Judgment in time, having had a Brief to the Commonwealth Court due Friday, a statutory filing with the Department of Education due today, and two hearings scheduled for tonight.

    5.   Therefore, plaintiff respectfully requests that the Court extend the deadline for filing his Response to Summary Judgment by two days, i.e. until and including December 13, 2006.

    6.   This morning, counsel called Lisa Marone, Esquire, and Gino Benedetti, Esquire, counsel for defendants. Counsel was advised that Ms. Marone is in court all day and Mr. Benedetti had stepped away from his desk. Therefore, a detailed message requesting Defendants' agreement to the extension was left on Mr. Benedetti's voice mail. Counsel again called to ask for defnedants' agreement at 3:00 p.m. and was told that Mr. Benedetti would be in Court all afternoon.

    7.   No response was received at the time of filing this Motion.

    WHEREFORE, appellant respectfully requests that this Honorable Court grant the Motion for Extension and extend the deadline to file the Plaintiff's Response to Summary Judgment to and including December 13, 2006.

                                    CWE6520
                                    ROBERT J. SUGARMAN
                                    CARL W. EWALD
                                    Counsel for Plaintiff

```
OF COUNSEL:

SUGARMAN & ASSOCIATES
11th Floor, Robert Morris Building
100 North 17th Street
Philadelphia, PA 19103
(215) 864-2500
(215) 864-2501 (Fax)
rjsugarman@aol.com


DATED: December 11, 2006
```

F:\Watkins\Pleadings\Resp.IROG

**CERTIFICATE OF SERVICE**

    I, Carl Ewald, certify that I have served the foregoing Motion for Extension to the following counsel by first-class mail and electronic notification on this date:

Gino J. Benedetti, Esquire  
Miller, Alfano & Raspanti, P.C.  
1818 Market Street, Suite 3402  
Philadelphia, PA 19103  
(215) 972-6400

    ___CWE6520_____  
    CARL W. EWALD

DATED: December 11, 2006