IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HENRY WATKINS,                          :
                                        :   NO. 02-CV-2881
       Plaintiff,                       :
                                        :
       v.                               :
                                        :
PENNSYLVANIA BOARD OF                   :
PROBATION & PAROLE,                     :
EDWARD JONES, and MICHAEL BUKATA        :   FILED JAN - 3 2007
                                        :
       Defendants.                      :

## CONSENT ORDER

AND NOW, on this 3rd day of Jan., 2007, upon the request of Defendants, and with the consent of Plaintiff, it is hereby ORDERED that Defendants will file their reply to Plaintiff's Opposition to Defendants' Summary Judgment Motion by January 9, 2007.

                                                    JOHN F. FULLAM, J.

ENTERED
JAN - 3 2007
CLERK OF COURT