IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRY WATKINS | : | CIVIL ACTION |
| v. | : | |
| PENNSYLVANIA BOARD OF PROBATION & PAROLE, *et al.* | : | NO. 02-2881 |

<u>ORDER</u>

AND NOW, this 19th day of January 2007, it is hereby ORDERED that Plaintiff's Motion for a Protective Order (Doc. No. 82) is DISMISSED AS MOOT.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,    Sr. J.