IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRY WATKINS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA BOARD OF PROBATION | : | |
| & PAROLE, EDWARD JONES, and | : | |
| MICHAEL BUKATA | : | NO. 02-cv-02881-JF |

ORDER

AND NOW, this 19th day of January 2007, upon consideration of defendants' motion for summary judgment, IT IS ORDERED:

1. Plaintiff's claim of retaliation is DISMISSED with prejudice.

2. Plaintiff's claim of conspiracy is DISMISSED with prejudice.

3. In all other respects, the defendants' motion for summary judgment is DENIED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.