| | | |
|---|---|---|
| **HENRY WATKINS** | : | **UNITED STATES DISTRICT** |
| | : | **COURT OF EASTERN** |
| | : | **DISTRICT OF PENNSYLVANIA** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **PENNSYLVANIA BOARD OF** | : | **NO. 02-CV-2881** |
| **PROBATION & PAROLE,** | : | |
| **EDWARD JONES, AND MICHAEL** | : | |
| **BUKATA,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## NOTICE OF CHANGE OF ADDRESS

Kindly note my new address:

    Gino J. Benedetti, Esquire
    Dilworth Paxson LLP
    1735 Market Street
    3200 Mellon Bank Center
    Philadelphia, PA 19103
    gbenedetti@dilworthlaw.com

    Dilworth Paxson LLP

BY:     _s/ Gino J. Benedetti_
    Gino J. Benedetti, Esquire
    Attorney I.D. No.: 59584
    1735 Market Street
    3200 Mellon Bank Center
    Philadelphia, PA 19103
    (215) 575-7000

    Attorneys for Defendants
    Pennsylvania Board of Probation & Parole, et al.

Dated: March 22, 2007