IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HENRY WATKINS, : | |
| : | NO. 02-CV-2881 |
| Plaintiff, : | |
| v. : | |
| PENNSYLVANIA BOARD OF : | |
| PROBATION & PAROLE, : | |
| EDWARD JONES, and MICHAEL BUKATA : | |
| Defendants. : | |

**WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

    Kindly withdraw the appearance of Lisa R. Marone, Esquire, of the law firm of Miller, Alfano & Raspanti, P.C., on behalf of Defendants, Pennsylvania Board of Probation & Parole, Willie E. Jones (improperly pled as Edward Jones) and Michael Bukata.

                                        Respectfully submitted,

                                        MILLER, ALFANO & RASPANTI, P.C.

                                        By:  /s/ Lisa R. Marone
                                                LISA R. MARONE, ESQUIRE
                                                Attorney I.D. No. 200305
                                                1818 Market Street, Suite 3402
                                                Philadelphia, PA 19103
                                                (215) 972-6400

                                                Attorneys for Defendants, Pennsylvania Board of Probation and Parole, Edward Jones, and Michael Bukata

Dated:    April 3, 2007