## **CERTIFICATE OF SERVICE**

A copy of the foregoing has been filed electronically this 3rd day of April 2007. Notice of this filing will be sent to all parties by Hand-Delivery and via operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**VIA HAND DELIVERY AND ECF**

Robert J. Sugarman, Esquire
Sugarman & Associates, PC
Robert Morris Building
100 N. 17th Street, 11th floor
Philadelphia, PA 19103-2737

Attorneys for Plaintiff, Henry Watkins


Gino J. Benedetti, Esquire
Dilworth Paxson, LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia PA 19103-7595

Attorneys for Defendants


By: /s/ Lisa R. Marone
LISA R. MARONE, ESQUIRE
Attorney I.D. Nos. 200305
1818 Market Street, Suite 3402
Philadelphia, PA 19103
(215) 972-6400

Attorneys for Defendants, Pennsylvania Board of Probation and Parole, Edward Jones, and Michael Bukata

Dated: April 3, 2007

F:\PBL\pa.bd.of prob.watkins\Pleadings\Withdrawl.Marone.wpd