IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HENRY WATKINS, | : |
| | :    NO. 02-CV-2881 |
|     Plaintiff, | : |
| | : |
|     v. | : |
| | : |
| PENNSYLVANIA BOARD OF | : |
| PROBATION & PAROLE, | : |
| EDWARD JONES, and MICHAEL BUKATA | : |
| | : |
|     Defendants. | : |
| | : |

## ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter the appearance of Gaetan J. Alfano, Esquire, of the law firm of Miller, Alfano & Raspanti, P.C., as co-counsel, on behalf of Defendants, Pennsylvania Board of Probation & Parole, Willie E. Jones (improperly pled as Edward Jones) and Michael Bukata.

                                        MILLER, ALFANO & RASPANTI, P.C.

                                        By: /s/ Gaetan J. Alfano
                                              GAETAN J. ALFANO, ESQUIRE
                                              Attorney I.D. No. 32971
                                              1818 Market Street, Suite 3402
                                              Philadelphia, PA 19103
                                              (215) 972-6400

                                              Attorney for Defendants, Pennsylvania Board of Probation & Parole, Willie E. Jones and Michael Bukata

Dated: April 3, 2007