**CERTIFICATE OF SERVICE**

A copy of the foregoing has been filed electronically this 3rd day of April 2007. Notice of this filing will be sent to all parties by Hand-Delivery and via operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**VIA HAND DELIVERY AND ECF**

Robert J. Sugarman, Esquire
Sugarman & Associates, PC
Robert Morris Building
100 N. 17th Street, 11th floor
Philadelphia, PA 19103-2737

Attorneys for Plaintiff, Henry Watkins


Gino J. Benedetti, Esquire
Dilworth Paxson, LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia PA 19103-7595

Attorneys for Defendants


BY: /s/ Gaetan J. Alfano
GAETAN J. ALFANO, ESQUIRE
Miller, Alfano & Raspanti, P.C.
1818 Market Street - Suite 3402
Philadelphia, PA 19103


Dated:    April 3, 2007

F:\PBL\pa.bd.of prob.watkins\Pleadings\eopgja.wpd