## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Joint Stipulations has been forwarded to all counsel on this 10th day of July, 2007, via electronic case filing receipt.

Robert J. Sugarman, Esquire
Sugarman & Associates, PC
Robert Morris Building-11th Floor
100 North 17th Street
Philadelphia, Pennsylvania 19103

Alexandra C. Gaugler, Esquire
Miller, Alfano & Raspanti
1818 Market Suite 3402
Philadelphia, PA 19103

/s/ Gino J. Benedetti
Gino J. Benedetti, Esquire
Attorney I.D. No.: 59584
**DILWORTH PAXSON LLP**
Attorneys for DEFENDANT BARTON A PASTERNAK

Dated: July 10, 2007

697928_1