IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HENRY WATKINS,                        :
                                      :
       Plaintiff,                 :   2:02-CV-02881
                                      :
  v.                                  :
                                      :
PENNSYLVANIA BOARD OF                 :
PROBATION & PAROLE, et al.,           :
                                      :
       Defendants.

ENTRY OF APPEARANCE

To:  Clerk of the Court
     United States District Court
     Eastern District of Pennsylvania

     Kindly enter the appearance of Alexandra C. Gaugler, Esquire, of the law firm of Miller, Alfano & Raspanti, P.C., as co-counsel, on behalf of Defendants, Pennsylvania Board of Probation & Parole, Willie E. Jones (improperly pled as Edward Jones) and Michael Bukata.

                      Respectfully submitted,

                      MILLER ALFANO & RASPANTI, P.C.

             By:  s/ Alexandra C. Gaugler
                  ALEXANDRA C. GAUGLER, ESQUIRE
                  I.D. NO. 82693
                  1818 Market Street
                  Suite 3402
                  Philadelphia, PA 19103
                  (215)972-6400

**CERTIFICATE OF SERVICE**

I, Alexandra C. Gaugler, certify that the foregoing Entry of Appearance has been electronically filed and is available for viewing and downloading from the ECF system and has been served upon the following on the date and in the manner listed below:

**VIA ELECTRONIC FILING AND FIRST CLASS MAIL**

Robert J. Sugarman, Esquire
Sugarman & Associates
11th Floor, Robert Morris Building
100 North 17th Street
Philadelphia, PA  19103

And

Gino J. Benedetti, Esquire
Dilworth Paxon LLP
1735 Market Street
3200 Mellon Bank Center
Philadelphia, PA 19103

MILLER ALFANO & RASPANTI, P.C.


BY:   s/ Alexandra C. Gaugler
      ALEXANDRA C. GAUGLER, ESQUIRE
      I.D. NO. 82693
      1818 Market Street
      Suite 3402
      Philadelphia, PA  19103
      (215) 972-6400

Dated: July 11, 2007