IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HENRY WATKINS,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>PENNSYLVANIA BOARD OF<br>PROBATION & PAROLE,<br>EDWARD JONES, and MICHAEL BUKATA<br><br>　　　　　Defendants. | NO. 02-CV-2881 |

## ORDER

AND NOW, on this 27ᵃ day of August, 2007, upon consideration of defendants' Motion to Leave to File a Motion to Sever Counterclaim under Seal, pursuant to Local Rule of Civil Procedure 5.1.5(a)(2), and plaintiff's response thereto, if any, it is hereby ORDERED that defendants' motion is GRANTED.

BY THE COURT:

_____
John P. Fullam      J.

8/28/07 - FAXED BY
CHAMBERS TO:
　　RJ SUGARMAN
　　G.J. BENEDETTI
　　G. ALFANI

699978_1