IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

**HENRY WATKINS**                     :
                                      :
     **Plaintiff,**           :
                                      :
     **v.**                  :   NO. 02-CV-2881
                                      :
**PENNSYLVANIA BOARD OF PROBATION**   :
**& PAROLE, EDWARD JONES, AND**       :
**MICHAEL BUKATA**                    :
                                      :
     **Defendants.**         :

---

### ORDER

**AND NOW**, this _____ day of _____, 2007, upon consideration of the plaintiffs' Unopposed Motion to Defer or Continue Trial,

It is hereby **ORDERED** that plaintiffs' Motion is **GRANTED**. Trial will be continued for ninety (90) days along with all pending deadlines.

_____
                                       J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HENRY WATKINS** | : |
| Plaintiff, | : |
| v. | : NO. 02-CV-2881 |
| **PENNSYLVANIA BOARD OF PROBATION & PAROLE, EDWARD JONES, AND MICHAEL BUKATA** | : |
| Defendants. | : |

### PLAINTIFFS' UNOPPOSED MOTION TO DEFER OR CONTINUE TRIAL

1. Undersigned counsel represents the plaintiff, Henry Watkins.

2. Undersigned counsel submits this Unopposed Motion to Defer or Continue Trial based on his failing health in the advanced stages of prostate cancer.

3. Undersigned counsel has been placed in an experimental drug trial at Memorial Sloan-Kettreing Cancer Center in New York.

4. This experimental treatment was necessary because the cancer failed to respond to chemotherapy.

5. Undersigned counsel's present condition is such that he is unable to conduct a trial.

6. Undersigned counsel's condition has deteriorated in the past 30 days and it is hoped that his condition will be alleviated by the new treatment which just began such that he will be able to

conduct trial in ninety (90) days.

7.   There is no other attorney available in undersigned counsel's office to conduct the trial.

8.   Yesterday, August 30, 2007, undersigned counsel's office spoke to Gino J. Benedetti, Esquire who does not oppose this motion.

WHEREFORE, plaintiffs' request that trial be continued for ninety (90) days along with all pending deadlines.

                /s/ RJS 2261
                ROBERT J. SUGARMAN
                Counsel for Plaintiffs

OF COUNSEL:

SUGARMAN & ASSOCIATES
11th Floor, Robert Morris Building
100 North 17th Street
Philadelphia, PA 19103
(215) 864-2500

Dated: August 31, 2007

**CERTIFICATE OF SERVICE**

I, Robert J. Sugarman, hereby certify that the foregoing Unopposed Motion to Defer or Continue Trial, was served on the following by First Class Mail on this date:

Gino J. Benedetti, Esquire<br>
Dilworth Paxon LLP<br>
1735 Market Street<br>
3200 Mellon Bank Center<br>
Philadelphia, PA 19103

/s/ RJS 2261
Robert J. Sugarman

DATED: August 31, 2007