IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HENRY WATKINS | : |
| Plaintiff, | : |
| v. | : NO. 02-CV-2881 |
| PENNSYLVANIA BOARD OF PROBATION & PAROLE, EDWARD JONES, AND MICHAEL BUKATA | : |
| Defendants. | : |

### ORDER

AND NOW, this 3rd day of September, 2007, upon consideration of the plaintiffs' Unopposed Motion to Defer or Continue Trial,

It is hereby **ORDERED** that plaintiffs' Motion is **GRANTED**. Trial will be continued for ninety (90) days along with all pending deadlines.

_____
                     J.

F:\Working-DOCS-Sugarman\Watkins\Pleadings\Plaintiff's Unopposed Motion to Defer or Continue Trial 08-29-07.wpd