IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| HENRY WATKINS | : Date of Notice:<br>September 13, 2007 |
| vs. | : |
| PENNSYLVANIA BOARD OF<br>PROBATION & PAROLE<br>EDWARD JONES<br>MICHAEL BUKATA | : CIVIL ACTION NO. 02-2881 |

**RESCHEDULED FROM 9/17/07**

TAKE NOTICE that the above-captioned matter is **rescheduled** for __JURY TRIAL__ in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Honorable John P. Fullam, on January 7, 2008, at 10:00 A.M., in Courtroom No. 15-A.

If trial counsel is on trial or otherwise engaged at the time of the scheduled trial, another attorney in such trial counsel's office should appear.

THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.

Very truly yours,

_____
Rosalind Burton-Hoop
Deputy Clerk to Judge Fullam

COPIES BY MAIL ON __9/13/07__   TO: Robert J. Sugarman, Esquire
                                    Gino J. Benedetti, Esquire
                                    Gaetan Alfano, Esquire
                                    Alexandra C. Gaugler, Esquire