IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HENRY WATKINS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PENNSYLVANIA BOARD OF<br>PROBATION & PAROLE,<br>EDWARD JONES, and MICHAEL BUKATA<br><br>　　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:  NO. 02-CV-2881<br>:<br>:<br>:<br>:<br>: |

**JURY VERDICT FORM OF
DEFENDANTS, THE PENNSYLVANIA BOARD OF PROBATION AND PAROLE,
WILLIE E. JONES AND MICHAEL BUKATA
<u>IN THEIR OFFICIAL CAPACITIES</u>**

**A. Disparate Treatment**

1. Do you find that the plaintiff has proved by a preponderance of the evidence that race was determinative in motivating defendants' decision to suspend and/or terminate Mr. Watkins' employment with the Board?

    　　　　YES _____　　　　　　　　　　NO _____

    *Continue to Question 2.*

    **B.　　Hostile Work Environment**

2. Do you find that plaintiff has proved by a preponderance of the evidence that the defendants subjected plaintiff to race discrimination and that such conduct was so severe or pervasive that a reasonable person in Mr. Watkins' position would find Mr. Watkins' work environment to be hostile or abusive?

    　　　　YES _____　　　　　　　　　　NO _____

    *If you answered "YES" to Question 2, continue to question 3. If you answered "NO" to Question 2, but answered "YES" to Question 1, continue to Questions 3. If you answered "NO" to Questions 1 and 2, do not answer anymore questions and have the foreperson sign and date this verdict form.*

700262_1

## C. Damages

*Please answer the following question only if you found in favor of plaintiff on his disparate treatment or hostile work environment claims, or both. In other words, you should only answer these questions if you answered "YES" to Question 1 or 2.*

3. Do you find that the plaintiff has proved by a preponderance of the evidence that plaintiff should be awarded damages against the Board, Mr. Jones, as an official, and/or Mr. Bukata, as an official, to compensate for emotional pain and mental anguish?

    YES _____          NO _____

    *If your answer is "YES," insert the amount of compensatory damages that will reasonably compensate plaintiff for his emotional pain and mental anguish in the space provided below.*

    $ _____

    Foreperson: _____

    Dated: _____

Respectfully submitted,

Dilworth Paxson LLP

By: _____
GINO J. BENEDETTI, ESQUIRE
Attorney I.D. Nos. 59584
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103
(215) 575-7000

Attorney for Defendants,
Pennsylvania Board of Probation and Parole,
Willie E. Jones, and Michael Bukata

Dated: November 28th, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Jury Verdict Form of Defendants, The Pennsylvania Board of Probation and Parole, Willie E. Jones and Michael Bukata in their Official Capacities has been served upon the following counsel this 28th day of November, 2007, via First Class Mail and Electronic Court Filing:

>Robert Sugarman, Esquire
>Robert Morris Building – 11th Floor
>100 N. 17th St.
>Philadelphia, PA 19103

_____
Gino J. Benedetti, Esquire
Attorney I.D. No.: 59584

**DILWORTH PAXSON LLP**

Dated: November 28, 2007

700262_1