IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HENRY WATKINS,<br><br>    Plaintiff,<br><br>v.<br><br>PENNSYLVANIA BOARD OF<br>PROBATION & PAROLE,<br>EDWARD JONES, and MICHAEL BUKATA<br><br>    Defendants. | : <br> : <br> : <br> : <br> : <br> : NO. 02-CV-2881<br> : <br> : <br> : <br> : <br> : |

## JURY VERDICT FORM FOR MICHAEL BUKATA
## IN HIS INDIVIDUAL CAPACITY

### A. Disparate Treatment

1. Do you find that the plaintiff has proved by a preponderance of the evidence that Defendant Michael Bukata, as an individual, subjected plaintiff to an adverse tangible employment action?

    YES _____    NO _____

    *If you answered "YES" to Question 1, continue to Question 2. If you answered "NO" to Question 1, do not answer anymore questions and have the foreperson sign and date this verdict form.*

2. Do you find that plaintiff has proved by a preponderance of the evidence that race was the determinative factor in motivating Mr. Bukata, as an individual, to take an adverse, tangible employment action against Mr. Watkins?

    YES _____    NO _____

    *If you answered "YES" to Question 2, continue to question 3. If you answered "NO" to Question 2, do not answer anymore questions and have the foreperson sign and date this verdict form.*

700269_1

## B. Damages

*Please answer Question 3 only if you found in favor of plaintiff on his disparate treatment claim. In other words, you should only answer these questions if you answered "YES" to Questions 1 and 2.*

3. Do you find that the plaintiff has proved by a preponderance of the evidence that plaintiff should be awarded damages against Mr. Bukata, as an individual, to compensate for emotional pain and mental anguish?

   YES _____           NO _____

   *If your answer is "YES," insert the amount of compensatory damages that will reasonably compensate plaintiff for his emotional pain and mental anguish in the space provided below.*

   $_____

   Foreperson:_____

   Dated:_____

Respectfully submitted,

Dilworth Paxson LLP

By: _____
GINO J. BENEDETTI, ESQUIRE
Attorney I.D. Nos. 59584
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103
(215) 575-7000

Attorney for Defendants,

Pennsylvania Board of Probation and Parole,
Willie E. Jones, and Michael Bukata

Dated: November 28, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Jury Verdict Form for Michael Bukata in his Individual Capacity has been served upon the following counsel this 28th day of November, 2007, via First Class Mail and Electronic Court Filing:

Robert Sugarman, Esquire
Robert Morris Building – 11th Floor
100 N. 17th St.
Philadelphia, PA 19103

Gino J. Benedetti, Esquire
Attorney I.D. No.: 59584

**DILWORTH PAXSON LLP**

Dated: November 28th, 2007

700269_1