IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HENRY WATKINS** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | NO. 02-CV-2881 |
| : | |
| **PENNSYLVANIA BOARD OF PROBATION** : | |
| **& PAROLE, EDWARD JONES, AND** : | |
| **MICHAEL BUKATA** : | |
| : | |
| Defendants. : | |

### ORDER

**AND NOW**, this _____ day of _____, 2007, upon Motion of plaintiff's counsel for extension and to withdraw, and any response,

**IT IS ORDERED** that the Motion be and hereby is **GRANTED,** and (1) Robert J. Sugarman's appearance shall be considered withdrawn, and (2) all deadlines are extended for 60 days.

_____
J.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
_____
HENRY WATKINS                           :
                                        :
            Plaintiff,                  :
                                        :
      v.                                :   NO. 02-CV-2881
                                        :
PENNSYLVANIA BOARD OF PROBATION         :
& PAROLE, EDWARD JONES, AND             :
MICHAEL BUKATA                          :
                                        :
            Defendants.                 :
_____
```

## MOTION OF PLAINTIFF AND COUNSEL FOR EXTENSION AND TO WITHDRAW

Plaintiff by counsel, and counsel individually, move as follows:

1. Counsel moves to withdraw because of serious health conditions precluding further substantive responsibility, and seriously compromising counsel's ability to prepare plaintiff's case. Specifically, as has been previously reported to the Court, plaintiff's counsel suffers from advanced hormone refractory metasticized prostate cancer.

2. Though efforts to find ameliotory treatment continue, conventional treatments have all failed, and plaintiff's counsel is no longer able to conduct litigation. The prognosis is for gradual but continual deterioration.

3. As a result, plaintiff and counsel have been engaged in efforts to secure replacement counsel.

4. New counsel has been found, with the necessary expertise, as indicated in the attached hereto as Exhibit A, substitute counsel needs additional time to prepare.

5. Bearing in mind the concerns of defendants regarding availability of witnesses and the like (including plaintiff's counsel as a witness) new counsel are willing to make every effort to get up to speed and again to advance the case as soon as possible, but due to preexisting schedules, cannot do so on the present schedule.

6. While these efforts have come to fruition, as stated, the time involved to complete them has placed plaintiff in danger of default of the deadline for responding to the Motion to Sever, response to which is due on or about December 15, 2007.

7. Accordingly, present counsel has on behalf of plaintiff, seeks in this Motion an extension and resetting of the schedule to permit the necessary response.

8. Counsel for defendants indicated his willingness to work with plaintiff and plaintiff's new counsel, but has not indicated a precise position on the existing deadline.

WHEREFORE, the plaintiff and plaintiff's counsel pray that (1) plaintiff's counsel be permitted to withdraw, and (2) Gerald Williams and Jordan Yeager be permitted to appear for plaintiff, and that all deadlines be extended by 60 days in order to make sure

substitution feasible.

                                             /s/ RJS 2261
                                             ROBERT J. SUGARMAN
                                             Counsel for Plaintiffs

OF COUNSEL:

SUGARMAN & ASSOCIATES
11th Floor, Robert Morris Building
100 North 17th Street
Philadelphia, PA 19103
(215) 864-2500
(215) 864-2501 (Fax)
rjsugarman@aol.com

DATED: December 7, 2007

**CERTIFICATE OF SERVICE**

I, Robert J. Sugarman, certify that I have served the foregoing Motion of Plaintiff and Counsel for Extension and to Withdraw to the following counsel by first-class mail on this date:

Gino J. Benedetti, Esquire
Dilworth Paxon LLP
1735 Market Street
3200 Mellon Bank Center
Philadelphia, PA 19103

Gaetan J. Alfano, Esquire
Alexandra C. Gaugler, Esquire
Miller, Alfano & Raspanti, P.C.
1818 Market Street, Suite 3402
Philadelphia, PA 19103

/s/ RJS 2261
ROBERT J. SUGARMAN

DATED: December 7, 2007

F:\Working-DOCS-Sugarman\Watkins\Pleadings\Order, Motion for Extension and to Withdraw, COS 12-07-07.wpd