

# Williams Cuker Berezofsky
### ATTORNEYS AT LAW

www.wcblegal.com

● One Penn Center
at Suburban Station
1617 J.F.K. Boulevard
Suite 800
Philadelphia, PA
19103-1819

215.557.0099
215.557.0673 *fax*

○ Woodland Falls
Corporate Center
210 Lake Drive East
Suite 101
Cherry Hill, NJ
08002-1163

856.667.0500
856.667.5133 *fax*

Mark R. Cuker[††]
Gerald J. Williams[††]
Esther E. Berezofsky[††]
Beth G. Cole[†]
Alan H. Sklarsky[†]
Andrew F. Erba[†††*]
Samuel Abloeser[†]
Wendy E. Carr[††]
Kevin Haverty[††]
Sherri L. Eyer[†]
Michael J. Quirk[†*]
Christine A. Campbell[†]

[†] Member, Pennsylvania Bar
[††] Member, New Jersey Bar
[*] Member, Conn. Bar
[**] Member, Wash., D.C. Bar

December 6, 2007

**VIA EMAIL**

Robert Sugarman, Esquire
100 North 17th Street
Philadelphia, PA 19103

Re:  *Watkins v. Pa. Board of Probation & Parole, et al.*
     No. 02-CV-2881

Dear Bob:

As you know, Jordan Yeager and I have reviewed this matter in consideration of your request on behalf of plaintiff that we undertake his representation. We would be happy to do so, but are able to serve only if current deadlines and trial dates are extended for a reasonable time.

In addition to the usual need to familiarize ourselves with the case and be prepared to deal with its issues, our own schedules impose constraints on us. Jordan is currently on trial; I am scheduled for surgery at HUP on January 14, 2008, and my surgeon advises that I will be in convalescence until approximately February 5th. Of course, our other obligations will continue.

Accordingly, we ask that you seek a continuance of approximately 60 days of all deadlines. If you are able to obtain such a continuance, we will be in position to enter our appearance.

Very truly yours,

GERALD J. WILLIAMS

GJW:rap