IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HENRY WATKINS<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PENNSYLVANIA BOARD OF PROBATION<br>& PAROLE, EDWARD JONES, AND<br>MICHAEL BUKATA<br><br>　　　　Defendants. | NO. 02-CV-2881 |

## ORDER

AND NOW, this 11th day of December, 2007, upon Motion of plaintiff's counsel for extension and to withdraw, and any response,

**IT IS ORDERED** that the Motion be and hereby is **GRANTED**, and (1) Robert J. Sugarman's appearance shall be considered withdrawn, and (2) all deadlines are extended for 60 days.

_____ J.

12-11-07 - FAXED BY CHAMBERS TO:
　R.J. SUGARMAN
　G.J. BENEDETTI
　G. ALFANO

F:\Working-DOCS-Sugarman\Watkins\Pleadings\Order, Motion for Extension and to Withdraw, COS 12-07-07.wpd