IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRY WATKINS, | : | |
| Plaintiff, | : | 2:02-CV-02881 |
| v. | : | |
| PENNSYLVANIA BOARD OF PROBATION & PAROLE, et al., | : | |
| Defendants. | : | |

WITHDRAWAL OF APPEARANCE

To: Clerk of the Court
    United States District Court
    Eastern District of Pennsylvania

Kindly withdraw the appearance of Gaetan J. Alfano, Esquire, of the law firm of Miller, Alfano & Raspanti, P.C., as co-counsel, on behalf of Defendants, Pennsylvania Board of Probation & Parole, Willie E. Jones (improperly pled as Edward Jones) and Michael Bukata.

    Respectfully submitted,

    MILLER ALFANO & RASPANTI, P.C.

    By: /s/ Gaetan J. Alfano
        GAETAN J. ALFANO, ESQUIRE
        I.D. NO. 32971
        1818 Market Street
        Suite 3402
        Philadelphia, PA 19103
        (215)972-6400

**CERTIFICATE OF SERVICE**

    I, Gaetan J. Alfano, certify that the foregoing Withdrawal of Appearance has been electronically filed and is available for viewing and downloading from the ECF system and has been served upon the following on the date and in the manner listed below:

**VIA ELECTRONIC FILING AND FIRST CLASS MAIL**

Henry Watkins (Pro Se)
7027 Lincoln Drive
Philadelphia, PA 19119

and

Gino J. Benedetti, Esquire
Dilworth Paxson LLP
1735 Market Street
3200 Mellon Bank Center
Philadelphia, PA 19103

        MILLER ALFANO & RASPANTI, P.C.


By:  /s/ Gaetan J. Alfano
     GAETAN J. ALFANO, ESQUIRE
     I.D. NO. 32971
     1818 Market Street
     Suite 3402
     Philadelphia, PA 19103
     (215)972-6400

Dated: December 19, 2007