```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

|  |  |  |
|---|---|---|
| HENRY WATKINS, | : | |
| | : | |
| Plaintiff, | : | 2:02-CV-02881 |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION & PAROLE, et al., | : | |
| | : | |
| Defendants. | | |

## WITHDRAWAL OF APPEARANCE

To:  Clerk of the Court
     United States District Court
     Eastern District of Pennsylvania

Kindly withdraw the appearance of Alexandra C. Gaugler, Esquire, of the law firm of Miller, Alfano & Raspanti, P.C., as co-counsel, on behalf of Defendants, Pennsylvania Board of Probation & Parole, Willie E. Jones (improperly pled as Edward Jones) and Michael Bukata.

                              Respectfully submitted,

                              MILLER ALFANO & RASPANTI, P.C.


                         By:  /s/ Alexandra C. Gaugler
                              ALEXANDRA C. GAUGLER, ESQUIRE
                              I.D. NO. 82693
                              1818 Market Street
                              Suite 3402
                              Philadelphia, PA 19103
                              (215)972-6400

**CERTIFICATE OF SERVICE**

I, Alexandra C. Gaugler, certify that the foregoing Withdrawal of Appearance has been electronically filed and is available for viewing and downloading from the ECF system and has been served upon the following on the date and in the manner listed below:

**VIA ELECTRONIC FILING AND FIRST CLASS MAIL**

Henry Watkins (Pro Se)
7027 Lincoln Drive
Philadelphia, PA 19119

and

Gino J. Benedetti, Esquire
Dilworth Paxson LLP
1735 Market Street
3200 Mellon Bank Center
Philadelphia, PA 19103

MILLER ALFANO & RASPANTI, P.C.

BY: /s/ Alexandra C. Gaugler
ALEXANDRA C. GAUGLER, ESQUIRE
I.D. NO. 82693
1818 Market Street
Suite 3402
Philadelphia, PA  19103
(215) 972-6400

Dated: December 19, 2007