```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

|  |  |
|---|---|
|  | Date of Notice: |
| HENRY WATKINS | : January 23, 2008 |
| vs. | : |
| PENNSYLVANIA BOARD OF<br>PROBATION & PAROLE<br>EDWARD JONES<br>MICHAEL BUKATA | : CIVIL ACTION NO. 02-2881 |

**RESCHEDULED FROM 1/7/08**

TAKE NOTICE that the above-captioned matter is **rescheduled** for ___JURY TRIAL___ in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Honorable John P. Fullam, on May 12, 2008, at 10:00 A.M., in Courtroom No. 15-A.

If trial counsel is on trial or otherwise engaged at the time of the scheduled trial, another attorney in such trial counsel's office should appear.

THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.

Very truly yours,

_____
Rosalind Burton-Hoop
Deputy Clerk to Judge Fullam

COPIES BY MAIL ON ___1/23/08___   TO:   Henry Watkins
                                        Gino J. Benedetti, Esquire