IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HENRY WATKINS,** | : | CIVIL ACTION |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| vs. | : | |
| | : | |
| **PENNSYLVANIA BOARD OF** | : | |
| **PROBATION AND PAROLE,** | : | |
| **EDWARD JONES AND** | : | |
| **MICHAEL BUKATA** | : | |
| | : | |
| **Defendants.** | : | NO.  02-CV-2881 |

TO THE CLERK OF COURT:

Kindly enter the appearance of the following counsel for Plaintiff Henry Watkins in this matter:

> Gerald J. Williams, Esquire
> Williams Cuker Berezofsky
> One Penn Center at Suburban Station Building
> 1617 JFK Boulevard, Suite 800
> Philadelphia, PA 19103-1918
> 215.557.0099
> 215.557.0673
> gwilliams@wcblegal.com
>
> Jordan B. Yeager, Esquire
> Boockvar & Yeager
> 8 West Oakland Avenue
> Doylestown, PA 18901
> 215.345.8581
> 215.345.8280 (fax)
> jordanyeager@verizon.net

> */s/ Gerald J. Williams*
> Gerald J. Williams, Esquire
> Williams Cuker Berezofsky

        One Penn Center at Suburban Station Building
        1617 John F. Kennedy Boulevard, Suite 800
        Philadelphia, PA 19103-1819
        215.557.0099
        215.557.0673
        gwilliams@wcblegal.com


*/s/ Jordan B. Yeager, Esquire*
Jordan B. Yeager, Esquire
Boockvar & Yeager
8 West Oakland Avenue
Doylestown, PA 18901
215.345.8581
215.345.8280 (fax)
jordanyeager@verizon.net

Dated: February 19, 2008

**CERTIFICATE OF SERVICE**

I, GERALD J. WILLIAMS, hereby certify that on this date I served a true and correct copy of the foregoing Plaintiff Henry Watkins' Entry of Appearance via U.S. District Court Electronic Service and by U.S. first class mail, postage prepaid upon the following counsel of record:

>Gino J. Benedetti, Esquire
>Dilworth Paxson LLP
>1735 Market Street
>3200 Mellon Bank Center
>Philadelphia, PA 19107
>Counsel for Pennsylvania Board
>Of Probation and Parole

>*/s/ Gerald J. Williams*
>GERALD J. WILLIAMS

Date:   February 19, 2008