IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

HENRY WATKINS,

    Plaintiff,

v.

PENNSYLVANIA BOARD OF
PROBATION & PAROLE,
EDWARD JONES, and MICHAEL BUKATA

    Defendants.

NO. 02-CV-2881



## JOINT STIPULATION TO FILE DEFENDANTS' MOTION IN LIMINE UNDER SEAL

Pursuant to Local Rule of Civil Procedure 5.1.5(a)(2), it is hereby stipulated and agreed by and between the undersigned parties that Defendants' Motion in Limine to Preclude Evidence and Memorandum of Law In Support thereof be filed under seal in its entirety.

Respectfully submitted,
WILLIAMS CUKER & BEREZOFSKY

By: _____
GERALD J. WILLIAMS, ESQUIRE
One Penn Center
1617 JFK Boulevard
Philadelphia, PA 19103
(215) 557-0099
Attorneys for Plaintiff

Respectfully submitted,
DILWORTH PAXSON LLP

By: _____
GINO J. BENEDETTI, ESQUIRE
Attorney I.D. No. 59584
1735 Market Street
3200 Mellon Bank Center
Philadelphia, PA 19103
(215) 575-7000
Attorneys for Defendants

SO ORDERED BY THE COURT:

3/19/08

_____ J.
JOHN P. FULLAM