IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HENRY WATKINS,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| vs. | : | HONORABLE JOHN P. FULLAM, SR. |
| **PENNSYLVANIA BOARD OF PROBATION AND PAROLE, EDWARD JONES AND MICHAEL BUKATA** | : | |
| Defendants. | : | NO. 02-CV-2881 |

**ORDER**

**AND NOW,** this _____ day of _____, 2008, upon consideration of Plaintiff's motion and joint agreement among counsel thereto, it is hereby **ORDERED** that Plaintiff's motion is **GRANTED** with respect to a continuance of the trial in this matter until July _____, 2008.

BY THE COURT:

_____
JOHN P. FULLAM, SR., USDCJ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HENRY WATKINS,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| vs. | : | HONORABLE JOHN P. FULLAM, SR. |
| **PENNSYLVANIA BOARD OF PROBATION AND PAROLE, EDWARD JONES AND MICHAEL BUKATA** | : | |
| Defendants. | : | NO. 02-CV-2881 |

**PLAINTIFF'S UNOPPOSED MOTION
FOR CONTINUANCE OF THE TRIAL DATE**

With the concurrence of counsel for defendants, plaintiff requests a brief continuance of the trial of this matter currently scheduled for May 12, 2008 for the following reasons:

1.  Defendant Bukarta now resides in Florida, but will be in Pennsylvania during July and will be available for live testimony at trial; and

2.  The parties have completed discovery and counsel are attempting to come to agreements on pretrial matters, including factual stipulations, the likely severance of defendants' counterclaim, and the possible resultant "bifurcation" of trial [defendants' motion in this regard is currently pending].

For the reasons set forth in the motion and plaintiff's letter to the Court of April 3, 2008, attached as Exhibit A, plaintiff respectfully requests that his motion be granted.

Respectfully submitted,

*/s/ Gerald J. Williams*
Gerald J. Williams, Esquire
Williams Cuker Berezofsky
One Penn Center at Suburban Station Building
1617 John F. Kennedy Boulevard, Suite 800
Philadelphia, PA 19103-1819
215.557.0099
215.557.0673
gwilliams@wcblegal.com


Jordan B. Yeager, Esquire
Boockvar & Yeager
8 West Oakland Avenue
Doylestown, PA 18901
215.345.8581
215.345.8280 (fax)
jordanyeager@verizon.net

Counsel for Plaintiff Henry Watkins

Dated: April 4, 2008

## CERTIFICATE OF SERVICE

I, GERALD J. WILLIAMS, hereby certify that on this date I served a true and correct copy of the foregoing Plaintiff's Unopposed Motion for Continuance of the Trial Date and proposed order via U.S. District Court's Electronic Filing System and by U.S. first class mail, postage prepaid upon the following counsel of record:

>Gino J. Benedetti, Esquire
>Dilworth Paxson LLP
>1735 Market Street
>3200 Mellon Bank Center
>Philadelphia, PA 19107
>Counsel for Pennsylvania Board
>Of Probation and Parole

/s/ Gerald J. Williams
GERALD J. WILLIAMS

Date: April 4, 2008

# EXHIBIT A



**Williams Cuker Berezofsky**
ATTORNEYS AT LAW

www.wcblegal.com

● One Penn Center
at Suburban Station
1617 J.F.K. Boulevard
Suite 800
Philadelphia, PA
19103-1819

215.557.0099
215.557.0673 *fax*

○ Woodland Falls
Corporate Center
210 Lake Drive East
Suite 101
Cherry Hill, NJ
08002-1163

856.667.0500
856.667.5133 *fax*

Mark R. Cuker[†‡]
Gerald J. Williams[†‡]
Esther E. Berezofsky[†‡]
Beth G. Cole[†]
Alan H. Sklarsky[‡]
Andrew F. Erba[†‡§ß]
Samuel Abloeser[†]
Wendy E. Carr[†‡]
Kevin Haverty[†‡]
Sherri L. Eyer[†]
Michael J. Quirk[†ß]
Christine A. Campbell[‡]

[†] Member, Pennsylvania Bar
[‡] Member, New Jersey Bar
[§] Member, Conn. Bar
[ß] Member, Wash., D.C. Bar

April 3, 2008

The Honorable John P. Fullam
U.S. District Court Judge
for the Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 15614
Philadelphia, PA 19106

    Re:    ***Henry Watkins v. Pennsylvania Board of Probation and Parole, et al.***
             **United States District Court for the Eastern District of PA**
             **Civil Action No. 02-CV-2881**

Your Honor:

      With the concurrence of defense counsel, I write to request a brief continuance of the trial of this matter, currently scheduled for May 12, 2008.

      As you know, a number of events have caused some previous delays, which you have kindly accommodated counsel and the parties. These factors have included the serious illness of plaintiff's original counsel, and the serious injuries sustained by Mr. Benedetti. Mr. Yeager and I entered our appearances relatively recently February 19, 2008.

      Defense counsel and I are nevertheless hopeful that you will grant an additional continuance. If it meets with the Court's schedule, we would propose a trial date in July, beginning any time after July 6, 2008. The reasons and justifications for our request include the following:

- Defendant Bukarta now resides in Florida, but will be in Pennsylvania during July, and thus available for live testimony;

- The parties have completed discovery, and counsel are attempting to come to agreements on pretrial matters, including factual stipulations, the likely severance of defendants' counterclaim, and the possible resultant "bifurcation of trial [defendants' motion in this regard is currently pending].

The Honorable John P. Fullam
Page 2
April 3, 2008

      In all other respects, the matter is trial-ready, and neither side anticipates the need for any further delay. There is currently pending defendants' motion *in limine* with respect to certain evidence, but that has been fully briefed and ready for the Court's disposition.

      Of course, counsel are available to discuss any of these issues with the Court at your convenience. Thank you for your kind attention to this matter.

                                  Respectfully,

                                  GERALD J. WILLIAMS

GJW:rap
cc:    Gino J. Benedetti, Esquire
         Jordan B. Yeager, Esquire