IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HENRY WATKINS                          :        CIVIL ACTION
                                       :
        v.                             :
                                       :
PENNSYLVANIA BOARD OF                  :
PROBATION & PAROLE, *et al.*           :        NO. 02-2881

ORDER

AND NOW, this 7th day of April 2008, upon consideration of Plaintiff's unopposed motion for a continuance of the trial,

IT IS hereby ORDERED that the motion is DENIED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,    Sr. J.