IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRY WATKINS | : | NO: 02-CV-2881 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION & PAROLE, | : | |
| EDWARD JONES, and MICHAEL BUKATA | : | |
| | : | |
| Defendants. | : | |

## PLAINTIFFS' REVISED EXHIBIT LIST

| Exhibit | Date | Description | Subject |
|---|---|---|---|
| 1 | August 1, 2001 | To: PM-Philadelphia DO<br>From: Jacqueline Poole | Joyce Aner-Fax Machine |
| 2 | August 1, 2001 | To: Andrew Bevec<br>From: Jacqueline Poole | Boot Camp Cases |
| 3 | August 1, 2001 | To: Henry Watkins<br>From: Michael Bukata | Assigning Interstate Investigations |
| 4 | July 31, 2001 | To: Michael Dougherty<br>From: Phillip Formicola | Greenberg's Pager and Fax Number |
| 5 | July 31, 2001 | To: Romona Sterling<br>From: Michael Bukata | Changes to TTS Entries |
| 6 | July 31, 2001 | To: Romona Sterling<br>From: Michael Bukata | Some may have noticed the new button |
| 7 | July 27, 2001 | To: PM-Central Office<br>From: Jeremy Lahey | Telephone Scam Info |
| 8 | July 27, 2001 | To: NJ-Parole-John Corder<br>From: Jennifer Pijar | Goldman, Che, PA Case # 98A614 |
| 9 | July 27, 2001 | To: hwatkins@state.pa.us<br>From: StuGreenberg1946@aol.com | Return to Work |

| Exhibit | Date | Description | Subject |
|---------|------|-------------|---------|
| 10 | July 26, 2001 | To: hwatkins@state.pa.us From: StuGreenberg1946@aol.com | Return to Work |
| 11 | July 24, 2001 | To: Henry Watkins From: Michael Bukata | Calvin Robinson PN 658 AM Phila SP |
| 12 | July 24, 2001 | To: Henry Watkins From: Dawn Blaska | Edmonds, Zaccur; PN 026U |
| 13 | July 24, 2001 | To: PM-Central Office From: Jeremy Lahey | PBPP FAX Numbers |
| 14 | July 24, 2001 | To: Doris Douglas From: Joseph Bentzley | Criminal Complaint Request Form for Kenneth Williams 6378R |
| 15 | July 23, 2001 | To: Michael Bukata From: Joseph Bentzley | Peters, Rodney C. 6639-W |
| 16 | July 23, 2001 | To: Henry Watkins From: Jack Minor | Derrick Wheters, 6725-X |
| 17 | July 23, 2001 | To: Susan Dannenberg From: Margaret Ryan | SCIG Hearing List for 7-27-01 |
| 18 | July 23, 2001 | To: PM-Eastern Region From: Grant Freeman | Lost I.D. Cards |
| 19 | July 21, 2001 | To: Henry Watkins From: Victor Boers | JNET Notification: Ernest G. White 661 AJ |
| 20 | July 21, 2001 | To: Henry Watkins From: Steven Rudy | JNET Notification: Melvin Small 259 AL |
| 21 | July 21, 2001 | To: Henry Watkins From: Steven Rudy | JNET Notification: Melvin Small 259 AL |
| 22 | July 21, 2001 | To: Henry Watkins From: Steven Rudy | JNET Notification: Melvin Small 259 AL |
| 23 | July 20, 2001 | To: Henry Watkins From: Michael Bukata | Calvin Robinson PN 658 AM Phila SP |

| Exhibit | Date | Description | Subject |
|---|---|---|---|
| 24 | July 20, 2001 | To: Henry Watkins<br>From: Michael Bukata | Calvin Robinson<br>PN 658 AM Phila SP |
| 25 | July 20, 2001 | To: Henry Watkins<br>From: Tina Kless | JNET Arrest Notification:<br>Omar Cooper 650AA |
| 26 | July 20, 2001 | To: Joseph Bentzley<br>From: Michael Bukata | Approval for Trainings |
| 27 | July 20, 2001 | To: Vibayon Amos<br>From: Irene Coyle | PCP Hearing List for Tues. 7-24-01 |
| 28 | July 20, 2001 | To: James Ellis<br>From: Michael Bukata | Reminder: Revoking a Probation which has not started yet |
| 29 | July 20, 2001 | To: Michael Barone<br>From: Willie Jones | Mental Health Treatment Facility Directory |
| 30 | July 19, 2001 | To: Henry Watkins<br>From: Michael Bukata | Flagged |
| 31 | July 19, 2001 | To: Henry Watkins<br>From: Douglas Sior | JNET Notification: Ruchard Mears<br>PA# 956 AS |
| 32 | July 18, 2001 | To: Henry Watkins<br>From: Michael Bukata | W. Mitchell 014-AC |
| 33 | July 18, 2001 | To: Henry Watkins<br>From: Michael Bukata | W. Mitchell 014-AC |
| 34 | July 18, 2001 | To: Willie Pullins<br>From: Francis Mondrosch | Anthony Williams 4079W |
| 35 | July 17, 2001 | To: Chantal-Lise Mirman<br>From: Francis Mondrosch | Baker, James 244AO |
| 36 | Undated | Note From: Colleen M. Fickel | Philadelphia Warrant |
| 37 | July 13, 2001 | To: Ramona Sterling<br>From: Michael Bukata | Reassignment of Investigations-Agents Knight and Mondrosch |
| 38 | July 13, 2001 | To: Henry Watkins<br>From: Isaac Hickson | Brown, Robert 4126-S |
| 391 | July 12, 2001 | To: James Ellis<br>From: Michael Bukata | Fingerprint Cards |

| Exhibit | Date | Description | Subject |
|---------|------|-------------|---------|
| 40 | July 12, 2001 | To: Henry Watkins<br>From: Michael Bukata | Terrance Pitts |
| 41 | July 12, 2001 | To: Henry Watkins<br>From: Michael Bukata | Whitney 075 AT |
| 42 | July 12, 2001 | To: Henry Watkins<br>From: Clyde Harris | Whitney 075 AT |
| 43 | July 12, 2001 | To: Henry Watkins<br>From: Michael Bukata | Maurice Coleman<br>PN: 7502-U |
| 44 | July 11, 2001 | To: Henry Watkins<br>From: Michael Bukata | Bunch, Robert # 9461-M(New York-Parole) |
| 45 | July 11, 2001 | To: Henry Watkins<br>From: Joseph Bentzley | Kenneth Williams 6348 R |
| 46 | July 10, 2001 | To: Henry Watkins<br>From: Steven Rudy | JNET Notification: Anthony Williams Wayne 4079W |
| 47 | July 10, 2001 | To: Henry Watkins<br>From: Susan Kauffman | Calvin Robinson PN 658AM Phila SP |
| 48 | July 10, 2001 | To: James Ellis<br>From: Michael Bukata | Placing of Other States Cases in BCI |
| 49 | July 10, 2001 | To: James Ellis<br>From: Michael Bukata | Investigation Reports on Interstate Compact Transfer Requests |
| 50 | July 10, 2001 | To: Henry Watkins<br>From: Randy Vasbinder | William Fabian AM 7888, 5087R |
| 51 | July 10, 2001 | To: Irene Coyle<br>From: Barbara Starnes | Lunch for Steve Cormany |
| 52 | July 10, 2001 | To: Henry Watkins<br>From: JoAnn Yantus | JNET Notification: Kenneth Williams PA# 6348R |
| 53 | July 10, 2001 | To: Henry Watkins<br>From: Deborah Still | Wesley Murray, PN 677-AK |
| 54 | July 10, 2001 | To: Henry Watkins<br>From: Michael Bukata and Colleen   Fickel | Shaw, Robert 701-AE |

| Exhibit | Date | Description | Subject |
|---------|------|-------------|---------|
| 55 | July 10, 2001 | To: PM-PBPP Staff<br>From: Tracey Shuttlesworth on behalf of Paul Strizzi | Shaping the future of the Board of Probation and Parole |
| 56 | July 9, 2001 | To: James Ellis<br>From: Ramona Sterling | Craig Kulp EB 6450 |
| 57 | July 9, 2001 | To: Henry Watkins<br>From: Kathy Strayer | Antonio Holland 2445L |
| 58 | July 6, 2001 | To: James Ellis<br>From: Michael Bukata<br>Bobby Kemper | STL Random Drug Testing |
| 59 | July 6, 2001 | To: Henry Watkins<br>From: Michael Bukata | Leaving Early |
| 60 | July 6, 2001 | To: Anthony Dimarco<br>From: Penny Grissinger | BV2888, Robert Noble, PBPP# 2388M |
| 61 | July 6, 2001 | To: Henry Watkins<br>From: Michael Bukata | JNET Notification: Maud Majid aka Basir McClain PA# 098-AF |
| 62 | July 5, 2001 | To: James Ellis<br>From: Michael Bukata and Bobby Kemper | Opiates Urinalysis samples |
| 63 | July 5, 2001 | To: James Ellis<br>From: Michael Bukata | Compuer Training Classes |
| 64 | July 5, 2001 | To: Henry Watkins<br>From: Debra Anthony | Clean Heat, Jimmy High aka James Ford PA# 57441 |
| 65 | July 5, 2001 | To: Henry Watkins<br>From: Darnell Malseed | Brown, Adrian #701-AO (VI Probation) |
| 66 | July 5, 2001 | To: Lloyd Knight & Henry Watkins<br>From: Michael Slavinsky | JNET Arrest: Maud Majid aka Basir McClain Pa# 098-AF |
| 67 | July 5, 2001 | To: PM-Phila District<br>From: Audrey Sterling | Robert Joachim Retirement Celebration |
| 68 | July 3, 2001 | To: Henry Watkins<br>From: Cindy Johnson | Daniel O'Donnell, PN 9845 H |

| Exhibit | Date | Description | Subject |
|---------|------|-------------|---------|
| 69 | July 3, 2001 | To: Henry Watkins<br>From: James Heisman | Miles Adrian Brown/6156X |
| 70 | July 3, 2001 | To: Henry Watkins<br>From: James Raffetto | Terrance Pitts DM9457 5445i |
| 71 | July 2, 2001 | To: Audrey Sterling<br>From: Paul Rich | New Pager Number |
| 72 | July 2, 2001 | To: Henry Watkins<br>From: Steven Rudy | Clean Heat: Jimmy High aka James Ford PA# 5744l |
| 73 | July 2, 2001 | To: Henry Watkins<br>From: Judy Magaro | Timothy Good, Parole No.: 8101-V |
| 74 | July 2, 2001 | To: Henry Watkins<br>From: Paul Straka | Michael Chaney EL-2825 |
| 75 | June 30, 2001 | To: Henry Watkins<br>From: Robin Walker | Clean Heat: Jimmy High aka James Ford PA# 5744l |
| 76 | June 29, 2001 | To: Henry Watkins<br>From: Cindy Johnson | Status of Parole Violator |
| 77 | June 29, 2001 | To: Henry Watkins<br>From: James Raffetto | Terrence Pitts DM9457 5445i |
| 78 | June 29, 2001 | To: Lloyd Knight<br>From: Michael Slavinsky | JNET Notification: Rodney Flamer PA# 492-AK |
| 79 | June 29, 2001 | To: Henry Watkins<br>From: James Raffetto | Terrance Pitts DM9457 5445i |
| 80 | June 28, 2001 | To: Henry Watkins<br>From: April Heisman | 7324U Parker |
| 81 | June 28, 2001 | To: Henry Watkins<br>From: Audrey Reiber | Andres Negron-PA Parole No. 3038; Inst. CK11494 |
| 82 | June 28, 2001 | To: Henry Watkins<br>From: Michael Bukata | Andres Negron-PA Parole No. 3038O; Inst. CK11494 |
| 83 | June 28, 2001 | To: Henry Watkins<br>From: Francis Mondrosch | Penn. Board of Probation and Parole |
| 84 | June 28, 2001 | To: Ramona Sterling<br>From: Michael Bukata | Outside Contacts |

| Exhibit | Date | Description | Subject |
|---------|------|-------------|---------|
| 85 | June 28, 2001 | To: Michael Bukata<br>From: Willie Jones | F/U Outside Contacts |
| 86 | June 27, 2001 | To: Colleen Fickel<br>From: Michael Bukata | Shaw, Robert 701-AE |
| 87 | June 27, 2001 | To: Ramona Sterling<br>From: Michael Bukata | Alternate Home Plans.<br>Financial Support |
| 88 | June 27, 2001 | To: Henry Watkins<br>From: Debra Anthony | JNET Notification: Maurice<br>Coleman PA#7502U |
| 89 | June 27, 2001 | To: Henry Watkins<br>From: Cindy Johnson | Status of Parole Violator |
| 90 | June 26, 2001 | To: Kathleen Carney<br>From: Clyde Harris | Terrell Bell 6374-O |
| 91 | June 25, 2001 | To: Christopher Pandolfo<br>From: Joseph Bentzley | Commonwealth of Penn. Memo<br>Form |
| 92 | June 22, 2001 | To: James Ellis<br>From: Michael Bukata | Sex Offender Registration<br>Forms |
| 93 | June 22, 2001 | To: Ramona Sterling<br>From: Michael Bukata | Early Opening of Cases |
| 94 | June 21, 2001 | To: Ellis James<br>From: Michael Bukata | Several issues must be<br>addressed with your staff |
| 95 | June 21, 2001 | To: Francis Mondrosch<br>From: Victor Boers | JNET Notification: Ronald<br>Whitley 666AC |
| 96 | June 21, 2001 | To: Michael Barone<br>From: Andrew Bevec | Practice 2001 |
| 97 | June 21, 2001 | To: Henry Watkins<br>From: James Raffetto | Terrance Pitts 5445i DM9457 |
| 98 | June 21, 2001 | To: Henry Watkins<br>From: Michael Bukata | Annual Leave on 6/21/01 |
| 99 | June 20, 2001 | To: Todd Childs<br>From: Joseph Bentzley | Leonard Glass 738 AS |
| 100 | June 20, 2001 | To: Frank Rooney<br>From: Joseph Bentzley | Leedel Bonelli Parole 521 AP |

| Exhibit | Date | Description | Subject |
|---------|------|-------------|---------|
| 101 | June 20, 2001 | To: Henry Watkins<br>From: Douglas Sior | JNET Notification: Terrence Barlow PA#4904-S |
| 102 | June 19, 2001 | To: Henry Watkins<br>From: James Raffetto | Terrence Pitts 5445i DM9457 |
| 103 | June 18, 2001 | To: Elaine Dougan<br>From: James Ellis | Kevin Jordan Parole# 4376-R |
| 104 | June 18, 2001 | To: Henry Watkins<br>From: Elaine Dougan | Kevin Jordan Parole #4376-R |
| 105 | June 18, 2001 | To: Doris Douglas<br>From: Francis Mondrosch | Penn. Board of Probation and Parole |
| 106 | June 15, 2001 | To: Ramona Sterling<br>From: Michael Bukata | Supervisor Ellis will be in charge of NW Division |
| 107 | June 15, 2001 | To: James Ellis<br>From: Michael Bukata | Practice 2001 |
| 108 | June 15, 2001 | To: Henry Watkins<br>From: Michael Bukata | Annual Leave on 6/18/01 |
| 109 | June 15, 2001 | To: PM-Phila District<br>From: James Hines | Practice 2001 |
| 110 | June 15, 2001 | To: PM-Phila District<br>From: Andrew Bevec | Practice 2001 |
| 111 | June 15, 2001 | To: Henry Watkins<br>From: Judy Magaro | Timothy Good, Parole# 8101-V |
| 112 | June 15, 2001 | To: Henry Watkins<br>From: James Raffetto | Terrance Pitts 5445i DM9457 |
| 113 | June 15, 2001 | To: Henry Watkins<br>From: Michael Bukata | Douglas Fluellen 836-AZ |
| 114 | June 13, 2001 | To: James Ellis<br>From: Michael Bukata | STL Random Drug Testing Selections July 2001 |
| 115 | June 13, 2001 | To: James Ellis<br>From: Joseph Bentzley | Transfer of Jerome Wright #749AO |
| 116 | June 13, 2001 | To: Ramona Sterling<br>From: Michael Bukata | Duplicate Parole Numbers |

| Exhibit | Date | Description | Subject |
|---|---|---|---|
| 117 | June 13, 2001 | To: Henry Watkins<br>From: Michael Bukata | Douglas Fluellen 836-AZ |
| 118 | June 13, 2001 | To: Henry Watkins<br>From: Michael Bukata | Home Plans & Other Investigations |
| 119 | June 10, 2001 | To: Henry Watkins<br>From: Douglas Sior | 800 Call-Anthony Foster PA#002AE |
| 120 | June 10, 2001 | To: Henry Watkins<br>From: Tina Kless | JNET Notification: Damon Nickerson aka Spears 2159U |
| 121 | June 10, 2001 | To: Henry Watkins<br>From: James Ellis | Transfer of Tracts #242, 243, 244 & 245 |
| 122 | June 8, 2001 | To: Henry Watkins<br>From: Michael Bukata | NW-4 Census Tracts |
| 123 | June 7, 2001 | To: James Ellis<br>From: Michael Bukata | FW |
| 124 | June 7, 2001 | To: Henry Watkins<br>From: Michael Bukata | Random Drug Testing |
| 125 | June 7, 2001 | To: PM-Act 97 Supervisor<br>From: Lee Stover | Bills for 200105 have been posted as of today |
| 126 | June 6, 2001 | To: Henry Watkins<br>From: Ebony Anderson | JNET Notification: Jerome McCoy aka Jerome Sabur 4749-U |
| 127 | June 5, 2001 | To: Henry Watkins<br>From: James Hines | Firearms Training |
| 128 | June 5, 2001 | To: Willie Jones<br>From: Pail Rich | Meeting |
| 129 | June 4, 2001 | To: James Ellis<br>From: Michael Bukata | C.O. is still accepting nominations for training |
| 130 | June 4, 2001 | To: Henry Watkins<br>From: Michael Bukata | Major Smith 7884-pre parole |
| 131 | June 4, 2001 | To: Jacqueline Poole<br>From: Michael Barone | Northeast Unit #2 Census Tract Assignments |
| 132 | June 4, 2001 | To: Henry Watkins<br>From: Sharon Fink | Mariah Rivers 1106-O |

| Exhibit | Date | Description | Subject |
|---|---|---|---|
| 133 | June 4, 2001 | To: James Ellis<br>From: Michael Bukata | C.O. is still accepting nominations for training |
| 134 | June 4, 2001 | To: Henry Watkins<br>From: James Hines | Firearms Training |
| 135 | June 4, 2001 | To: PM-Philadelphia DO<br>From: James Hines | Firearms Training |
| 136 | June 1, 2001 | To: Ramona Sterling<br>From: Michael Bukata | June 29=Deadline for training hours |
| 137 | June 1, 2001 | To: PM-Operation Center<br>From: Joseph Bentzley | Alfred Fredericks Parole #0985 V |
| 138 | June 1, 2001 | To: PM-PBPP Staff<br>From: Steven Leedy | Computer Procedure Change |
| 139 | June 1, 2001 | To: Henry Watkins<br>From: Darnell Maiseed | Carl Whitney #075-AT (New York Probation) |
| 140 | June 1, 2001 | To: Henry Watkins<br>From: Vicki Roland | PBPP-30 Re: Thomas Sterling #802A-M |
| 141 | May 31, 2001 | To: James Ellis<br>From: Michael Bukata | First Judicial District if Penn. Criminal Court Listing |
| 142 | May 31, 2001 | To: Henry Watkins<br>From: Michael Bukata | A. Davis 8418 U |
| 143 | May 31, 2001 | To: Henry Watkins<br>From: Michael Bukata | A. Davis 8418 U |
| 144 | May 30, 2001 | To: Henry Watkins<br>From: Michael Bukata | A. Davis 8418 U |
| 145 | May 30, 2001 | To: Ramona Sterling<br>From: Michael Bukata | AEM System is down |
| 146 | May 30, 2001 | To: Henry Watkins<br>From: Michael Bukata | Release of Howard Jackson Parole #9401-X |
| 147 | May 30, 2001 | To: Ramona Sterling<br>From: Michael Bukata | Eastern Region Executive |
| 148 | May 29, 2001 | To: James Ellis<br>From: Michael Bukata | FBI Drug Enforcement Warning |

| Exhibit | Date | Description | Subject |
|---------|------|-------------|---------|
| 149 | May 25, 2001 | To: Henry Watkins<br>From: Michael Bukata | A. Davis 8418 U |
| 150 | May 25, 2001 | To: Henry Watkins<br>From: Michael Bukata | Blank supervision grades |
| 151 | May 24, 2001 | To: James Ellis<br>From: Ramona Sterling | Case Transfers and pre-transfers |
| 152 | May 24, 2001 | To: Anthony DeMarco<br>From: Joseph Bentzley | Act 35 Fee Waivers |
| 153 | May 23, 2001 | To: Henry Watkins<br>From: Michael Bukata | NW Redistricting |
| 154 | May 23, 2001 | To: Ramona Sterling<br>From: Michael Bukata | Just checking....... |
| 155 | May 23, 2001 | To: Henry Watkins<br>From: Michael Bukata | Pardon Board Investigation on Sheooael Abdul Fartal 7658K |
| 156 | May 22, 2001 | To: Henry Watkins<br>From: Michael Bukata | Pardon Board Investigation on Sheooael Abdul Fartal 7658K |
| 157 | May 22, 2001 | To: Henry Watkins<br>From: Michael Bukata | Pardon Board Investigation on Sheooael Abdul Fartal 7658K |
| 158 | May 22, 2001 | To: Henry Watkins<br>From: Michael Bukata | Annual leave 4/23/01 |
| 159 | May 18, 2001 | To: PM-Philadelphia District<br>From: Michael Bukata | Supervisor Starling will be in charge of NW Division |
| 160 | May 16, 2001 | To: Joseph Bentzley<br>From: Davis Dettinburn | Bill Bradley 007 AA |
| 161 | May 16, 2001 | To: Henry Watkins<br>From: Michael Bukata | Blank Supervision Grades |
| 162 | May 15, 2001 | To: James Ellis<br>From: Michael Bukata | NW Redistricting |
| 163 | May 15, 2001 | To: James Ellis<br>From: Michael Bukata | Radios, etc. in the work area |
| 164 | May 14, 2001 | To: James Ellis<br>From: Michael Bukata | Alternate Home Plans, Financial Support |

| Exhibit | Date | Description | Subject |
|---|---|---|---|
| 165 | May 11, 2001 | To: Henry Watkins<br>From: Michael Bukata | Tyrone Manuel PBPP 88961 |
| 166 | May 11, 2001 | To: James Ellis<br>From: Michael Bukata | Random Urinalysis |
| 167 | May 11, 2001 | To: James Ellis<br>From: Michael Bukata | Alternate Home Plans |
| 168 | May 10, 2001 | To: Ramona Sterling<br>From: Michael Bukata | Transfer of Units |
| 169 | May 10, 2001 | To: Henry Watkins<br>From: Michael Bukata | Pardon Board Investigation of Carole Bunk |
| 170 | May 10, 2001 | To: James Ellis<br>From: Michael Bukata | Treatment tracking tract numbers for CPCP treatment cases |
| 171 | May 8, 2001 | To: Henry Watkins<br>From: Michael Bukata | Extension request PB-8067-WC Bunk |
| 172 | May 3, 2001 | To: James Ellis<br>From: Michael Bukata | PNPP Circuit Transition Reminder |
| 173 | May 3, 2001 | To: Henry Watkins<br>From: Gail Lewis | Fatherhood Presentation |
| 174 | May 2, 2001 | To: Henry Watkins<br>From: Michael Bukata | Staff Meeting |
| 175 | May 2, 2001 | To: Ramona Sterling<br>From: Michael Bukata | Case transfer procedure |
| 176 | May 1, 2001 | To: Henry Watkins<br>From: Michael Bukata | Training Approval for Agent Anthony DiMarco |
| 177 | April 30, 2001 | To: James Ellis<br>From: Michael Bukata | Act 35 Fee Waivers |
| 178 | April 30, 2001 | To: James Ellis<br>From: Michael Bukata | Weekly CPC Court |
| 179 | April 30, 2001 | To: James Ellis<br>From: Michael Bukata | Fingerprint Card Procedure |
| 180 | April 30, 2001 | To: James Ellis<br>From: Michael Bukata | Instant Urinalysis |

| Exhibit | Date | Description | Subject |
|---------|------|-------------|---------|
| 181 | April 27, 2001 | To: Henry Watkins<br>From: Daniel Hazelett | Pardon Board Investigation on Sheooael Abdul Fartal 7658K |
| 182 | April 27, 2001 | To: Henry Watkins<br>From: Daniel Hazelett | Pardon Board Investigation on Sheooael Abdul Fartal 7658K |
| 183 | April 27, 2001 | To: James Ellis<br>From: Michael Bukata | Case Transfers to NE Division |
| 184 | April 27, 2001 | To: James Ellis<br>From: Michael Bukata | Easterrn Region EME Usage Report for the week ending April 27, 2001 |
| 185 | April 26, 2001 | To: Henry Watkins<br>From: Michael Bukata | Supplies have arrived |
| 186 | April 25, 2001 | To: Henry Watkins<br>From: Michael Bukata | Annual Leave 4/25/01 |
| 187 | April 25, 2001 | To: Henry Watkins<br>From: Michael Bukata | 81 Report |
| 188 | April 24, 2001 | To: Henry Watkins<br>From: Michael Bukata | Overdue pardon Board Reports |
| 189 | April 23, 2001 | To: James Ellis<br>From: Michael Bukata | Logging out completed investigations |
| 190 | April 20, 2001 | To: Ramona Sterling<br>From: Michael Bukata | Acknowledgment about new PBPP Manual |
| 191 | April 16, 2001 | To: Henry Watkins<br>From: Michael Bukata | I am at a meeting |
| 192 | April 16, 2001 | To: James Ellis<br>From: Michael Bukata | Waiver status for offenders unemployed but able to work (code 3) |
| 193 | April 13, 2001 | To: Henry Watkins<br>From: Michael Bukata | PB Assignments |
| 194 | April 11, 2001 | To: James Ellis<br>From: Michael Bukata | Mail for SCIG and J. Aner |
| 195 | April 11, 2001 | To: Henry Watkins<br>From: Michael Bukata | Tyrone Manuel PBPP #88961 Phila Co Special Probation |
| 196 | April 11, 2001 | To: Henry Watkins<br>From: Michael Bukata | Annual Leave on 4/17/01 |

| Exhibit | Date | Description | Subject |
|---------|------|-------------|---------|
| 197 | April 11, 2001 | To: Henry Watkins<br>From: Colleen Fickel | Randy Foxwell 4051-O |
| 198 | April 10, 2001 | To: James Ellis<br>From: Michael Bukata | Travel Permits |
| 199 | April 9, 2001 | To: Henry Watkins<br>From: Michael Bukata | Carl Whitney (New York Probation) |
| 200 | April 5, 2001 | To: Brenda Nealy<br>From: Michael Bukata | Agent Access to Computers |
| 201 | April 5, 2001 | To: Henry Watkins<br>From: Michael Bukata | Frankie Schweizer, Frankie Joe/PA Parole #642-AD |
| 202 | April 4, 2001 | To: Henry Watkins<br>From: Michael Bukata | W. Fisher 148 AP |
| 203 | April 4, 2001 | To: Henry Watkins<br>From: Michael Bukata | Frank Cabell, Jr.<br>7130-W |
| 204 | April 4, 2001 | To: Henry Watkins<br>From: Michael Bukata | Rodney C. Peters<br>6639-W |
| 205 | April 4, 2001 | To: Ramona Sterling<br>From: Michael Bukata | IT Improvements 4-01 |
| 206 | April 3, 2001 | To: Henry Watkins<br>From: Michael Bukata | Pre-Parole Plans |
| 207 | April 2, 2001 | To: James Ellis<br>From: Michael Bukata | Blank Grades of Supervision |
| 208 | March 21, 2001 | To: Donna Henry<br>From: Michael Bukata | Under-utilized EM equipment |
| 209 | March 20, 2001 | To: Ramona Sterling<br>From: Michael Bukata | In charge of NW Division |
| 210 | March 20, 2001 | To: James Ellis<br>From: Michael Bukata | Documentation of ACA Standards |
| 211 | March 20, 2001 | To: Henry Watkins<br>From: Michael Bukata | Davis W. Clardy PA#853AA; TX Parolee |
| 212 | March 20, 2001 | To: James Ellis<br>From: Michael Bukata | Supervision Fee Waiver Requests |

| Exhibit | Date | Description | Subject |
|---------|------|-------------|---------|
| 213 | March 15, 2001 | To: James Ellis<br>From: Michael Bukata | Data Issue-Status Date Error |
| 214 | March 15, 2001 | To: James Ellis<br>From: Michael Bukata | Data Issue-Changing Release Dates |
| 215 | March 15, 2001 | To: James Ellis<br>From: Michael Bukata | Electronic Monitoring Hook-up Issue |
| 216 | March 15, 2001 | To: Henry Watkins<br>From: Michael Bukata | Norristown State hospital |
| 217 | March 15, 2001 | To: James Ellis<br>From: Michael Bukata | Digital Photos |
| 218 | March 13, 2001 | To: Ramona Sterling<br>From: Michael Bukata | Mail to Central Office |
| 219 | January 17, 2001 | To: Michael Bukata<br>From: Henry Watkins | Taking of UCV information from agent Clyde Harris |
| 220 | February 26, 2001 | To: Henry Watkins<br>From: Edwina Folk | Sharon A. Bullock GA Probation; PA 183-AK |
| 221 | February 21, 2001 | To: Henry Watkins<br>From: Phred Barber | Password Policy |
| 222 | October 25, 2000 | To: Henry Watkins<br>From: Stuart Greenberg | Soto |
| 223 | October 3, 2000 | To: Henry Watkins<br>From: Michael Bukata | PDC Questions |
| 224 | August 24, 2000 | To: Henry Watkins<br>From: Michael Bukata | Absconder Search |
| 225 | May 23, 2000 | To: Stuart Greenberg<br>From: Michael Bukata | OT |
| 226 | May 12, 2000 | To: Henry Watkins<br>From: Treena Reid | Fatherhood Program |
| 227 | March 24, 2000 | To: Henry Watkins<br>From: Michael Bukata | Agency Drayton Transfer |
| 228 | April, 2003 | A Performance Audit of the Pennsylvania Board of Probation and Parole | Results of the Department of Auditor General's Performance of the Pennsylvania Board of Probation and Parole |

| Exhibit | Date | Description | Subject |
|---------|------|-------------|---------|
| 229 | December 9, 2002 | Commonwealth of Pennsylvania Board of Probation and Parole | Response of the Board of Probation and Parole to the Performance Audit Conducted by the Pennsylvania Department of the Auditor General |
| 230 | August 20, 1998 | Memo to: Honorable Thomas Ridge, Governor-Commonwealth of Pennsylvania From: Ronald Zappan | Ineffective Functioning of the Pennsylvania Board of Probation and Parole and Unprofessional, Discriminatory Tactics of their managers |
| 231 | May 20, 1998 | Letter to: Ronald Zappan From: Veronica Thomas | 4/16/98 Pre-disciplinary conference |
| 232 | May 21, 1998 | Letter to: Ronald Zappan From: James M. Robinson | 4/16/98 Amended Letter re: Pre-disciplinary conference |
| 233 | May 20, 2002 | Affidavit of Ronald Zappan | Sworn Statement of Ronald Zappan |
| 234 | March 27, 1998 | Memo To: Veronica D. Thomas From Willie E. Jones, Jr. | Recommendation for Disciplinary Action |
| 235 | June 4, 1997 | Memo To: Ronald Zappan From: Willie E. Jones, Jr. | Overdue Pardon Board Investigations |
| 236 | February 11, 1998 | Memo To: Willie Jones From: Ronald Zappan | Overdue Pardon Board Investigations |
| 237 | April 1, 1998 | Memo To: Ed Jones From: Ronald Zappan | Formal Explanation for Unopened Cases in Prep Unit |
| 238 | March 26, 1998 | Memo To: Ronald Zappan From: Willie Jones | Formal Explanation for Cases Not Opened in the Prep Unit |
| 239 | October 29, 1999 | Memo To: Stuart Greenberg From: Michael L. Bukata | Counseling Session 10/27/99 |
| 240 | June 19, 2000 | Pennsylvania Board of Probation and Parole Certificate of Recognition | 1999 Meritorious Service Award |

| Exhibit | Date | Description | Subject |
|---------|------|-------------|---------|
| 241 | 1999 | Pennsylvania Board of Probation and Parole Certificate of Recognition | 1999 Outstanding Sick Leave Record for the Calendar Year 1999 |
| 242 | April 12, 2000 | Memo To: Stuart Greenberg From: Michael L. Bukata | Pre-Disciplinary Conference |
| 243 | April 18, 2000 | Memo To: Willie E. Jones, Jr. From: Michael L. Bukata | Supervisor Stuart Greenberg, Pre-Disciplinary Conference 4-17-00 |
| 244 | April 18, 2000 | Memo To: Thomas Costa From: Michael L. Bukata | Recommendation from PDC of 4/17/00 Supervisor Stuart Greenberg |
| 245 | May 23, 2000 | Letter to: Stuart A. Greenberg From: Thomas A. Costa | Pre-Disciplinary Conference 4/17/2000 |
| 246 | April 12, 2000 | Email to: Michael Bukata From: Willie Jones | Timothy Van Hook, 9739P |
| 247 | April 13, 2000 | Email to: Michael Bukata From: Maria Marcinko | PDC Notice-Greenberg |
| 248 | June 1, 2000 | Memo to: Chairman, *etal.* From: Maria R. Marcinko | Procedures for Handling Discipline |
| 249 | October 29, 1999 | Memo to: Supervisor Stuart Greenberg From: Michael L. Bukata | Counseling Session 10/27/99 |
| 250 | February 28, 2000 | Memo to: Willie Jones From: Thomas Costa | Panel Hearings for 2/15/00 |
| 251 | November 26, 1997 | Letter to Barbara Gibbs From: Thomas A. Marshall | Stuart Greenberg Grievance Philadelphia District |