IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HENRY WATKINS,** | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| **PENNSYLVANIA BOARD OF PROBATION AND PAROLE, EDWARD JONES AND MICHAEL BUKATA** | : | |
| | : | |
| Defendants. | : | NO.  02-CV-2881 |

TO THE CLERK OF COURT:

Kindly enter the appearance of the following counsel for Plaintiff Henry Watkins in this matter:

        Sherri L. Eyer, Esquire
        Williams Cuker Berezofsky
        One Penn Center at Suburban Station Building
        1617 JFK Boulevard, Suite 800
        Philadelphia, PA 19103-1918
        215.557.0099
        215.557.0673
        seyer@wcblegal.com

        */s/ Sherri L. Eyer*
        Sherri L. Eyer, Esquire
        Williams Cuker Berezofsky
        One Penn Center at Suburban Station Building
        1617 John F. Kennedy Boulevard, Suite 800
        Philadelphia, PA 19103-1819
        215.557.0099
        215.557.0673
        seyer@wcblegal.com

Dated: May 13, 2008

**CERTIFICATE OF SERVICE**

I, SHERRI L. EYER, hereby certify that on this date I served a true and correct copy of the foregoing Plaintiff Henry Watkins' Entry of Appearance via U.S. District Court Electronic Service and by U.S. first class mail, postage prepaid upon the following counsel of record:

>Gino J. Benedetti, Esquire
>Dilworth Paxson LLP
>1735 Market Street
>3200 Mellon Bank Center
>Philadelphia, PA 19107
>Counsel for Pennsylvania Board
>Of Probation and Parole

*/s/ Sherri L. Eyer*
SHERRI L. EYER

Date:   May 13, 2008