IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HENRY WATKINS : | CIVIL ACTION |
| : | |
| v. : | |
| : | |
| PENNSYLVANIA BOARD OF PROBATION : | |
| & PAROLE, EDWARD JONES, and : | |
| MICHAEL BUKATA : | NO. 02-cv-02881-JF |

ORDER

AND NOW, this 13th day of May 2008, upon consideration of the motions and the statements of counsel and for the reasons explained at the start of the trial, IT IS ORDERED:

1. Defendants' Motion to Sever Counterclaim (Document No. 103) is GRANTED as follows: to the extent a non-jury trial on Defendants' counterclaim is necessary, that trial will be held after the jury trial on Plaintiff's remaining claims.

2. Defendants' Motion in Limine (Document No. 118) is DENIED WITHOUT PREJUDICE. The final ruling on the admissibility of the testimony of Ronald Zappan will be made when the witness testifies.

3. Defendants' Motion in Limine To Preclude Evidence of the 2003 Auditor General Report (Document Nos. 128 and 130) is GRANTED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,         Sr. J.