IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRY WATKINS | : | CIVIL ACTION |
| vs. | : | |
| PENNSYLVANIA BOARD OF PROBATION & PAROLE EDWARD JONES MICHAEL BUKATA | : | NO. 02-2881 |

**O R D E R**

**AND NOW**, this 15th day of May, 2008, it having been reported that the issues between **Plaintiff Henry Watkins** and **Defendants Pennsylvania Board of Probation & Parole, Edward Jones, Michael Bukata** have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that this action is DISMISSED with prejudice, pursuant to agreement of counsel, without costs, as to the above named parties only.

ATTEST:                          or          BY THE COURT:


BY:  /s/Rosalind Burton-Hoop
     Rosalind Burton-Hoop                JOHN P. FULLAM, Sr. J.
     Deputy Clerk



COPIES BY MAIL ON    5/15/08     TO:  Gerald J. Williams, Esquire
                                      Sherri L. Eyer, Esquire
                                      Gino J. Benedetti, Esquire


Civ 12 (7/95)